B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shilo Inn, Diamond Bar, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**93-1221974** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3200 Temple Street**<br>**Pomona, CA**    ZIP Code **91768** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**11600 SW Shilo Lane**<br>**Portland, OR**    ZIP Code **97225-5995** | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **3200 Temple Street**<br>**Pomona, CA 91768** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Shilo Inn, Diamond Bar, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Shilo Inn, Diamond Bar, LLC |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

David B. Golubchik 185520
Printed Name of Attorney for Debtor(s)

Levene, Neale, Bender, Yoo & Brill LLP
Firm Name

10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
Address

310-229-1234
Telephone Number

November 29, 2010        185520
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Christopher Campbell
Printed Name of Authorized Individual

Authorized Agent
Title of Authorized Individual

November 29, 2010
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>**185520**<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>   **Shilo Inn, Diamond Bar, LLC**<br><br>                                    Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒  Petition, statement of affairs, schedules or lists                    Date Filed: _____
☒  Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐  Other: _____         Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____                   **November 29, 2010**
*Signature of Authorized Signatory of Filing Party*           Date

**Christopher Campbell**
_____
*Printed Name of Authorized Signatory of Filing Party*

**Authorized Agent**
_____
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document* available for review upon request of the Court or other parties.

_____                   **November 29, 2010**
*Signature of Attorney for Filing Party*              Date

**David B. Golubchik 185520**
_____
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

**SHILO INN, DIAMOND BAR, LLC**
**WRITTEN CONSENT OF MEMBERS AND MANAGER**

Pursuant to ORS 63.130(5), which authorizes the taking of action by members or managers by unanimous written consent without a meeting, the undersigned, being all of the members and the manager of Shilo Inn, Diamond Bar, LLC, an Oregon limited liability company, authorized to do business in California (the "Company"), hereby adopt the following resolutions:

WHEREAS, the Company owns real property and improvements known as the Shilo Inn Hotel located as 3200 Temple Avenue, Pomona, CA, California (the "Hotel"); and

NOW THEREFORE, BE IT HEREBY RESOLVED, that Mark S. Hemstreet ("Hemstreet"), Christopher Campbell ("Campbell") and John Wesley Raborn ("Raborn" and collectively with Hemstreet and Campbell, the "Officers") are hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code;

FURTHER RESOLVED, that the Officers, either jointly or individually, are hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

FURTHER RESOLVED, that the Officers, either jointly or individually, are hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officers deem necessary and proper in connection with the Company's bankruptcy case without further approval of the board; and

FURTHER RESOLVED that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

DATED effective this 29th day of November, 2010.

MEMBERS:                                    MANAGER:

_Mark S. Hemstreet_
Mark S. Hemstreet, Member (99%)            Cascade Hotel Corporation, Manager

_Shannon M. Hemstreet_                      By: _Christopher Campbell_
Shannon M. Hemstreet, Member (1%)              Christopher Campbell, Secretary

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Shilo Inn, Diamond Bar, LLC**
Debtor(s)

Case No.
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| City of Pomona<br>Attn: Doug Peterson,<br>Treasurer<br>PO Box 660<br>Pomona, CA 91769 | City of Pomona<br>Attn: Doug Peterson, Treasurer<br>PO Box 660<br>Pomona, CA 91769<br>909-620-2454 | Transient tax | | 14,813.17 |
| Southern California Edison<br>POB 300<br>Rosemead, CA 91772-0001 | Southern California Edison<br>POB 300<br>Rosemead, CA 91772-0001<br>800-990-7788 | | | 6,343.95 |
| WORLD CINEMA INC<br>9801 WESTHEIMER #409<br>Attn: A/R<br>HOUSTON, TX 77042-3953 | WORLD CINEMA INC<br>9801 WESTHEIMER #409<br>Attn: A/R<br>HOUSTON, TX 77042-3953<br>713-266-2686 | | | 5,017.78 |
| THYSSENKRUPP ELEVATOR<br>CORP<br>PO BOX 933004<br>Attn: A/R<br>ATLANTA, GA 31193-3004 | THYSSENKRUPP ELEVATOR CORP<br>PO BOX 933004<br>Attn: A/R<br>ATLANTA, GA 31193-3004<br>714-939-0888 | | | 4,157.09 |
| LIBERTY NORTHWEST IN<br>PO BOX 4555<br>Attn: MARK SWANTEK<br>PORTLAND, OR 97208-4555 | LIBERTY NORTHWEST IN<br>PO BOX 4555<br>Attn: MARK SWANTEK<br>PORTLAND, OR 97208-4555<br>503-239-5800 | | | 3,882.00 |
| VERIZON NORTHWEST<br>PO BOX 9688<br>Attn: A/R<br>MISSION HILLS, CA<br>91346-9688 | VERIZON NORTHWEST<br>PO BOX 9688<br>Attn: A/R<br>MISSION HILLS, CA 91346-9688<br>800-606-8855 | | | 2,352.60 |
| BALTIC LINEN COMPANY<br>1999 MARCUS AVENUE<br>Attn: A/R<br>LAKE SUCCESS, NY<br>11040-5485 | BALTIC LINEN COMPANY<br>1999 MARCUS AVENUE<br>Attn: A/R<br>LAKE SUCCESS, NY 11040-5485<br>516-791-4500 | | | 2,185.93 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Shilo Inn, Diamond Bar, LLC**                                Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **57 EXPRESS**<br>3111 Temple Ave<br>Pomona, CA 91768 | **57 EXPRESS**<br>3111 Temple Ave<br>Pomona, CA 91768<br>909-594-0570 | gas | | 1,785.05 |
| **TW TELECOM**<br>PO BOX 172567<br>Attn: A/R<br>DENVER, CO 80217-2567 | **TW TELECOM**<br>PO BOX 172567<br>Attn: A/R<br>DENVER, CO 80217-2567<br>888-333-0520 | | | 1,744.14 |
| **ERNEST PACKAGING SOL**<br>14134 NE AIRPORT WAY<br>Attn: Yvonne Gardiol<br>PORTLAND, OR 97230 | **ERNEST PACKAGING SOL**<br>14134 NE AIRPORT WAY<br>Attn: Yvonne Gardiol<br>PORTLAND, OR 97230<br>503-261-4000 | | | 1,707.23 |
| **Soouthern California Gas Co.**<br>PO Box C<br>Monterey Park, CA<br>91756-5111 | **Soouthern California Gas Co.**<br>PO Box C<br>Monterey Park, CA 91756-5111<br>800-427-2000 | | | 1,608.28 |
| **TASKAR KIBBEE & ASSOCIATES PC**<br>4900 SW GRIFFITH DR,SUITE 269<br>Attn: Roberta Taskar<br>BEAVERTON, OR 97005-2977 | **TASKAR KIBBEE & ASSOCIATES PC**<br>4900 SW GRIFFITH DR,SUITE 269<br>Attn: Roberta Taskar<br>BEAVERTON, OR 97005-2977<br>503-644-7933 | | | 1,450.00 |
| **PRO CLEAN INC**<br>PO BOX 18250<br>Attn: A/R<br>PHOENIX, AZ 85005-8250 | **PRO CLEAN INC**<br>PO BOX 18250<br>Attn: A/R<br>PHOENIX, AZ 85005-8250<br>602-233-0457 | | | 1,384.23 |
| **THE IRWIN-HODSON COM**<br>2838 SE 9TH AVENUE<br>Attn: A/R<br>PORTLAND, OR 97202-2509 | **THE IRWIN-HODSON COM**<br>2838 SE 9TH AVENUE<br>Attn: A/R<br>PORTLAND, OR 97202-2509<br>503-231-9990 | | | 1,273.65 |
| **WASTE MANAGEMENT OF**<br>PO BOX 79168<br>Attn: POMONA VALLEY /COMME<br>PHOENIX, AZ 85062-9168 | **WASTE MANAGEMENT OF**<br>PO BOX 79168<br>Attn: POMONA VALLEY /COMME<br>PHOENIX, AZ 85062-9168<br>626-856-1285 | | | 1,194.68 |
| **RAYNE WATER CONDITIO**<br>1018 EAST CYPRESS AV<br>Attn: WILDA<br>COVINA, CA 91724 | **RAYNE WATER CONDITIO**<br>1018 EAST CYPRESS AV<br>Attn: WILDA<br>COVINA, CA 91724<br>800-442-3444 | | | 1,037.13 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Shilo Inn, Diamond Bar, LLC**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| MAX COMMUNICATING RESOURCES INC<br>1400 QUAIL ST STE 138<br>Attn: A/R<br>NEWPORT BEACH, CA 92660 | MAX COMMUNICATING RESOURCES INC<br>1400 QUAIL ST STE 138<br>Attn: A/R<br>NEWPORT BEACH, CA 92660<br>949-833-2550 | | | 1,000.00 |
| KELLY POOLS<br>P O BOX 3367<br>Attn: A/R<br>SAN DIMAS, CA 91773 | KELLY POOLS<br>P O BOX 3367<br>Attn: A/R<br>SAN DIMAS, CA 91773<br>909-593-1283 | | | 975.00 |
| OFFICE DEPOT<br>PO BOX 70025<br>Attn: A/R<br>LOS ANGELES, CA 90074-0025 | OFFICE DEPOT<br>PO BOX 70025<br>Attn: A/R<br>LOS ANGELES, CA 90074-0025 | | | 901.98 |
| PACIFIC OFFICE AUTOMATION<br>14747 NW GREENBRIER PKWY<br>Attn: A/R<br>BEAVERTON, OR 97006 | PACIFIC OFFICE AUTOMATION<br>14747 NW GREENBRIER PKWY<br>Attn: A/R<br>BEAVERTON, OR 97006 | | | 724.35 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **November 29, 2010**                Signature    */s/ Christopher Campbell*
                                    **Christopher Campbell**
                                    **Authorized Agent**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Central District of California

In re   Shilo Inn, Diamond Bar, LLC                                    Case No. _____

                                    Debtor            Chapter_____    11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mark S. Hemstreet<br>11600 SW Shilo Lane<br>Portland, OR 97225-5995 | Membership | 99% | |
| Shannon M. Hemstreet<br>11600 SW Shilo Lane<br>Portland, OR 97225-5995 | Membership | 1% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____November 29, 2010_____            Signature  _Christopher Campbell_____

                                                    Christopher Campbell
                                                    Authorized Agent

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____0____  continuation sheets attached to List of Equity Security Holders

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br><br>CA State Bar Number: **185520** | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**Shilo Inn, Diamond Bar, LLC**<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br>(No Hearing Required) |

### VENUE DISCLOSURE FORM
### FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:  11600 SW Shilo Lane, Portland, OR 97225-5995

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
    11600 SW Shilo Lane, Portland, OR 97225-5995

3.  Disclose the current business address(es) for all corporate officers:
    11600 SW Shilo Lane, Portland, OR 97225-5995

4.  Disclose the current business address(es) where the Debtor's books and records are located:
    11600 SW Shilo Lane, Portland, OR 97225-5995

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet: 3200 Temple Avenue, Pomona, CA 91768

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
    N/A

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:  Christopher Campbell, Secretary of Manager of Debtor

8.  Total number of attached pages of supporting documentation:  **0**

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2    **VEN-C**

| In re | | CHAPTER 11 |
|---|---|---|
| **Shilo Inn, Diamond Bar, LLC** | Debtor. | CASE NUMBER |

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ____**November 29, 2010**____, at Portland, Oregon.

**Christopher Campbell**
_____
_Type Name of Officer_

**Authorized Agent**
_____
_Position or Title of Officer_

_Signature of Declarant_

_Rev. 12/99_  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Portland, Oregon**              ~~California~~.

Dated        **November 29, 2010**

_Christopher Campbell_
Christopher Campbell
_Debtor_

_Joint Debtor_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_January 2009_

**F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                    2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    David B. Golubchik 185520

Address    10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067

Telephone

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Shilo Inn, Diamond Bar, LLC** | Case No.: |
| | Chapter:    11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __9__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    November 29, 2010

Christopher Campbell/Authorized Agent
Signer/Title

Date:    November 29, 2010

Signature of Attorney
David B. Golubchik 185520
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Shilo Inn, Diamond Bar, LLC
11600 SW Shilo Lane
Portland, OR 97225-5995


David B. Golubchik
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


57 EXPRESS
3111 Temple Ave
Pomona, CA 91768


AIDAS CLEANERS
102 NORTH GRAND AVEN
Attn: A/R
WEST COVINA, CA 91791


BALL JANIK LLP
101 SW MAIN #1100
Attn: A/R
PORTLAND, OR 97204


BALTIC LINEN COMPANY
1999 MARCUS AVENUE
Attn: A/R
LAKE SUCCESS, NY 11040-5485


BOYD COFFEE COMPANY
19730 NE SANDY BLVD
Attn: Becky Erhler
PORTLAND, OR 97230

Cathay Bank c/o Al Clark, Esq.
Lorde Bissell et al.
300 S. Grand, Suite 2600
Los Angeles, CA 90071


City of Pomona
Attn: Doug Peterson, Treasurer
PO Box 660
Pomona, CA 91769


CLARK SIGNS
PO BOX 1113
Attn: DALE CLARK
ST HELENS, OR 97051-8113


CT CORPORATIN SYSTEM
PO BOX 4349
Attn: A/R
CAROL STREAM, IL 60197-4349


CVSFLAGS.COM
1139 S BALDWIN AVE
Attn: A/R
MARION, IN 46953


DELL MARKETING LP
P.O. BOX 802816
C/O DELL USA LP
CHICAGO, IL 60680-2816


ERNEST PACKAGING SOL
14134 NE AIRPORT WAY
Attn: Yvonne Gardiol
PORTLAND, OR 97230


EVERSOFT
707 W 16TH STREET
Attn: A/R
LONG BEACH, CA 90813

```
FIRE PROTECTION SERV
5573 SW ARCTIC DRIVE
Attn: DAVE PHIPPS
BEAVERTON, OR 97005


Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812


German American Capital Corp.
c/oThia Ly, Kennedy Wilson
9701 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90212


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903


KELLY POOLS
P O BOX 3367
Attn: A/R
SAN DIMAS, CA 91773


LAZERQUICK INC
PO BOX 4770
ATTN: ACCOUNTS RECEI
TUALATIN, OR 97062-9997


LIBERTY NORTHWEST IN
PO BOX 4555
Attn: MARK SWANTEK
PORTLAND, OR 97208-4555


Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018
```

MARC LEUTERIO
2-1-14 KU JI TAKATSU-KU
Attn: MARC LEUTERIO
KAWASAKI, OU 2130032


MARIA YAMAMOTO
11402 FALCONHILL DR
Attn: MARIA YAMAMOTO
WITTIER, CA 90604


Mark Hemstreet
11600 SW Shilo Lane
Portland, OR 97225-5995


MAX COMMUNICATING RESOURCES INC
1400 QUAIL ST STE 138
Attn: A/R
NEWPORT BEACH, CA 92660


MUZAK LLC
3318 LAKEMONT BLVD
Attn: A/R
FORT HILL, SC 29708


NAGCOGLASS
243 HOLT AVE
Attn: A/R
POMONA, CA 91767


OFFICE DEPOT
PO BOX 70025
Attn: A/R
LOS ANGELES, CA 90074-0025


ORKIN EXTERMINATING CO INC
12710 MAGNOLIA AVE
Attn: A/R
RIVERSIDE, CA 92503

PAC WEST SALES, INC
10731 47TH PLACE WES
Attn: A/R
MUKILTEO, WA 98275


PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY
Attn: A/R
BEAVERTON, OR 97006


PORTABLE STORAGE CORP
835 W STATE STREET
Attn: CHRYSTAL
ONTARIO, CA 91762


PORTLAND LIGHTING INC
10120 SW NIMBUS, C-6
Attn: A/R
PORTLAND, OR 97223


Post Financial Management Corp.
Attn Steve Post, Receiver
P.O. Box 6017
Malibu, CA 90264


PRO CLEAN INC
PO BOX 18250
Attn: A/R
PHOENIX, AZ 85005-8250


QWEST
PO BOX 52187
Attn: BUSINESS SERVICES
PHOENIX, AZ 85072-2187


RAYNE WATER CONDITIO
1018 EAST CYPRESS AV
Attn: WILDA
COVINA, CA 91724

REFRIGERATION CONTROL
2223 MONROE ST
Attn: A/R
RIVERSIDE, CA 92504


SAMANTHA DEAVILAN
1334 N FOOTHILL BLVD
Attn: SAMANTHA DEAVILAN
UPLAND, CA 91786


SCREENING ONE INC
PO BOX 749363
Attn: A/R
LOS ANGELES, CA 90074-9363


SHERWIN WILLIAMS
8955 CENTRAL AVE
Attn: A/R
Montclair, CA 91763-1620


SHI INTERNATIONAL CORP
33 KNIGHTSBRIDGE RD
Attn: A/R
Piscataway, NJ 08854-3925


SHILO FRANCHISE INTERNATIONAL LLC
11600 SW SHILO LANE
Attn: Kevin Toll
PORTLAND, OR 97225


Shilo Franchise International LLC
11600 SW Shilo Lane
Portland, OR 97225-5995


SHILO INN BOISE RIVERSIDE LLC
11600 SW SHILO LANE
Attn: KEVIN TOLL
PORTLAND, OR 97225

SHILO INN POMONA HILLTOP LLC
11600 SW SHILO LANE
Attn: KEVIN TOLL
PORTLAND, OR 97225


SHILO MANAGEMENT CORP
11600 SW SHILO LANE
Attn: KEVIN TOLL
PORTLAND, OR 97225


Shilo Management Corporation
11600 SW Shilo Lane
Portland, OR 97225-5995


SHILO MANAGEMENT TRAVEL AGENT ACCT
11600 SW SHILO LANE
Attn: KEVIN TOLL
PORTLAND, OR 97225


SMITH & GREENE COMPA
19015 66TH AVE SOUTH
Attn: A/R
KENT, WA 98032-1154


Soouthern California Gas Co.
PO Box C
Monterey Park, CA 91756-5111


Southern California Edison
POB 300
Rosemead, CA 91772-0001


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001

Sula, Inc.
3220 Temple Street
Pomona, CA 91768


SUNSHINE GROWERS NUR
13130 MILLIKEN AVE
ATTN: BARBARA
ONTARIO, CA 91761


TASKAR KIBBEE & ASSOCIATES PC
4900 SW GRIFFITH DR,SUITE 269
Attn: Roberta Taskar
BEAVERTON, OR 97005-2977


THE IRWIN-HODSON COM
2838 SE 9TH AVENUE
Attn: A/R
PORTLAND, OR 97202-2509


THYSSENKRUPP ELEVATOR CORP
PO BOX 933004
Attn: A/R
ATLANTA, GA 31193-3004


TW TELECOM
PO BOX 172567
Attn: A/R
DENVER, CO 80217-2567


US HEALTHWORKS MEDICAL GRP, PC
PO BOX 50042
Attn: A/R
LOS ANGELES, CA 90074-0042


VAL CHUA
3200 TEMPLE AVE
Attn: VAL CHUA
POMONA, CA 91768

VERIZON NORTHWEST
PO BOX 9688
Attn: A/R
MISSION HILLS, CA 91346-9688


WASTE MANAGEMENT OF
PO BOX 79168
Attn: POMONA VALLEY /COMME
PHOENIX, AZ 85062-9168


WORLD CINEMA INC
9801 WESTHEIMER #409
Attn: A/R
HOUSTON, TX 77042-3953


YOUNG ELECTRIC SIGN COMPANY
PO BOX 11676
Attn: DANIELLE MILANO
TACOMA, WA 98411