DAVID B. GOLUBCHIK (State Bar No. 185520)
dbg@lnbyb.com
J.P. FRITZ (State Bar No. 245240)
jpf@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Proposed Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**SHILO INN, DIAMOND BAR, LLC,**<br><br>Debtor and Debtor in Possession, | ) Case No.: 2:10-bk-60884-VZ<br>)<br>) **Chapter 11 Case**<br>)<br>) **MASTER DECLARATION OF**<br>) **CHRISTOPHER CAMPBELL IN**<br>) **SUPPORT OF FIRST DAY MOTIONS**<br>)<br>)<br>) Hearing:<br>) Date:    To Be Set<br>) Time:<br>) Ctrm:    255 East Temple Street<br>)            Courtroom 1368<br>)            Los Angeles, CA 90012<br>) |

I, Christopher Campbell, hereby declare as follows:

1.      I am over 18 years of age.  I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am currently employed as the Chief Executive Officer and Chief Financial Officer of Shilo Management Corporation ("SMC"), the entity that oversees operation and management of Shilo Inn hotels.

3.      I hold an MBA from Golden Gate University (2003).  I also hold a BA in Business Administration from University of Washington (1992).  Both degrees were awarded to me with high honors and a concentration in finance.

4.      I was hired as Deputy Chief Financial Officer of Shilo Inns on March 1, 2003. My duties in such capacity including overseeing accounting functions and management of staff, including in-house payroll, purchasing, accounts payable and general ledger departments.

5.      On June 1, 2004, I was promoted to Chief Financial Officer of Shilo Inns.  In such capacity, I oversee all accounting functions and provide management  and third parties with historical and proforma financial information.  On April 17, 2007, I was promoted to Chief Executive Officer of Shilo Inns and continue to serve in such capacity while also serving as the CFO.

6.      I make this declaration in support of the following emergency motions (collectively the "First Day Motions") filed by Shilo Inn, Diamond Bar, LLC ("Debtor"):

      a.  Emergency Motion For Entry Of An Order Authorizing Debtor To: (A) Use Cash Collateral On An Interim Basis Pending A Final Hearing; And (B) Borrow Money On A Secured Basis ("Cash Collateral Motion");

      b.  Emergency Motion For Entry Of An Order Authorizing The Continued Use Of Debtor's Cash Management System ("Cash Management Motion"); and

   c. Emergency Motion For Entry Of An Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code ("Utilities Motion").

  7. The Debtor commenced this case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on November 29, 2010.  The Debtor continues to operate its business and manage its financial affairs as a debtor in possession.

**A. Background.**

  8. The Debtor operates a 161 room hotel located in Pomona, California (the "Hotel") pursuant to a franchise agreement with Shilo Franchise International, LLC.  The Hotel is a full-service hotel, which includes a business center, meeting facilities, pool, spa, fitness center, steam, sauna, offices and restaurant.

  9. Mark S. Hemstreet has been the proud owner and president of the Shilo Inn Suites Hotel chain since 1974.  Today, there are 41 Shilo Inn hotels across ten western states.   Mr. Hemstreet personally developed this particular Pomona, Diamond Bar 161 unit full service Hotel in 1985.

  10. The Hotel has enjoyed historical success as a stand-alone business.  While the Hotel's ideal location and facilities have made it a "go-to" location in the Pomona/Diamond Bar area, the Hotel suffered reduced occupancy as a result of the slowdown in the general economy since September 11, 2001, especially the tourist and conference industry during this long, deep historical recession. (starting in or about 2007).

  11. Recently, the Hotel underwent the first phase of a remodel, which cost approximately $2 million.  Additionally, recently, the Debtor obtained a new restaurant tenant to operate the onsite restaurant, which required approximately $1 Million in  improvements.  This total hotel and restaurant remodel process has taken considerable time, resulting in increased

expenses and reduced revenues until final completion.  It is anticipated that the restaurant will open in January 2011, providing substantial additional revenue to the Debtor and its estate.

12.    Cathay Bank[1] ("Cathay") originated the primary loan with the Debtor.  On February 22, 2007, Cathay issued a replacement loan in the amount of $4,875,000.00 to the Debtor.  The Debtor made timely monthly payments to Cathay until extensive remodeling and renovation work began on the Hotel, at which time, pursuant to the applicable loan documents, interest payments were made from an interest reserve account maintained by Cathay.  Such payments from the interest reserve account continued until approximately early 2010.  Cathay, for some unexplainable reason, disallowed the Debtor to use the balance of the interest reserve, in the approximate amount of $143,904, that it was entitled to use, that created more unnecessary financial hardship.

13.    Based on reduced occupancy during the extensive remodeling of the Hotel, revenue and cash flow suffered, making the Debtor unable to remain current with its regular obligations to Cathay.  Shortfall in operations have been paid by the Debtor's principal, Mark S. Hemstreet and/or his related non-Debtor entities, and such funding continued through the date of this bankruptcy filing.

14.    The Debtor used best efforts to negotiate a consensual forbearance agreement. The Debtor provided Cathay with requested documents and addressed all concerns raised by Cathay.  The Debtor was of the belief that Cathay would welcome continued operations by the Debtor, especially when cash flow shortfalls were funded through assets which were not subject to Cathay's security interest.  Unfortunately, Cathay decided to take an aggressive approach and commenced judicial foreclosure proceedings, including seeking the appointment of an Ex parte

---

[1] Cathay has provided financing for seven (7) other separate Shilo Inn properties.  None of the loans are cross-collateralized.

receiver over the Hotel.  The receiver was appointed on November 18, 2010 and took over the Hotel on November 19, 2010.

15.     The foregoing takeover by the receiver has already caused harm to the Hotel and its operations.  Vendors are losing faith in the Debtor and Hotel employees are concerned about job security.  Guest services have also suffered, prejudicing the Hotel as well as the "Shilo Inns" good franchise brand identity and reputation.

16.     Notwithstanding the foregoing, the Debtor continued to try to negotiate with Cathay in good faith after the appointment of a receiver.  Based on such discussions, it became evident that Cathay was not interested in reaching a resolution prior to a foreclosure sale of the Hotel scheduled for December 6, 2010.  In order to avoid continued harm to the Hotel, employee morale and likely irreparable harm to creditors in the event of a foreclosure, the Debtor determined that the commencement of this case was necessary and proper.

**B.     Assets**

17.     The Debtor's primary asset is the Hotel.  Based on an industry standard valuation for a hotel property similar to that of the Debtor's, market value is approximately $75,000 per hotel room.  Based on the fact that the Hotel has 161 rooms, the Debtor believes that the going concern value of the Hotel is at least $12,075,000.  This valuation is consistent with that of the Los Angeles County Tax Collector, who has assessed the Hotel at a value of $12,111,125.  See Annual Property Bill with assessment information, a true and correct copy of which is attached hereto as **Exhibit "1"**.

18.     In addition to the foregoing, the Debtor has other assets, which are identified in Schedule B – Personal Property, a true and correct copy of which is attached hereto as **Exhibit "2"**.

19.     Finally, attached hereto as **Exhibit "3"** is a true and correct copy of the Debtor's latest available Balance Sheet, dated as of September 30, 2010.  The Balance Sheet lists that market value of the Debtor's assets at $16,562,611.

## C.     Secured Claim

20.     Cathay asserts a first priority security interest in the Debtor's assets to secure an obligation in the amount of approximately $4,652,856.

21.     German American Capital Corp. ("German") asserts a second priority security interest in the Debtor's assets to secure an obligation in the amount of approximately $5,353,000.

## D.     Cash Collateral Motion

22.     Pursuant to the Cash Collateral Motion, the Debtor seeks Court authority to use cash collateral in order to pay the expenses of maintaining and operating the Business, as set forth in the Budget, a true and correct copy of which is attached hereto as **Exhibit "4"**.  The Budget reflects the Debtor's ordinary and necessary operating expenses that must be paid postpetition to preserve the Debtor's business.  While the Budget represents the Debtor's best estimate of such expenses, the needs of the business may fluctuate.  Thus, I believe it is necessary and appropriate to grant to the Debtor authority to deviate from the total expenses contained in the Budget by no more than 15% on a cumulative basis without the need for further Court order.

23.     As is evident in the Budget, the Debtor anticipates certain cash shortfalls from operations in the near future.  This is based on the fact that Hotel occupancy depends, in large part, on conferences and events at nearby Cal Poly and Pomona Fairgrounds, both of which scale down such conferences and events during the winter months.  Cashflow shortfalls are proposed to be covered by a Credit Line ("Credit Line") in the amount of $100,000 to be offered to the

Debtor by Shilo Franchise International, LLC ("SFI") in accordance with the Term Sheet attached hereto as **Exhibit "5"**.

24.    Notwithstanding the foregoing, I am confident that the Debtor's future is bright. The Debtor has completed extensive remodeling of the Hotel and Restaurant, thereby increasing desirability and value.   The Debtor procured a new restaurant operator that is projected to commence operations, and generate additional revenue, as of January 2011.   More importantly, as evident from the Debtor's Profit & Loss Statement, a true and correct copy of which is attached hereto as **Exhibit "6"**, the Debtor's revenues through September 30, 2010 ($913,591) are approximately 17% higher than the same period in 2009 ($781,182).  I believe that the worst period of the recession has come to an end and the Debtor's performance year-over-year supports my belief that operations should continue to improve in the future, as the attached **Exhibit "7"** recent report through November 22, 2010 indicates that the hotel's room revenue is trending up 25% year-to-date over last year for the same like period.

25.    I believe that the current valuation of the Hotel on a going concern basis, the remodeling and improvements of the Hotel and its facilities and improved performance provides adequate protection to the Secured Creditors.   The Debtor's continued operations, including the funding of any shortfalls through a junior security interest, will further protect the Secured Creditors herein.

26.    On the other hand, if the Debtor is not permitted to use its cash collateral to maintain and operate the Hotel, I believe that it is a virtual certainty that this estate will be liquidated.   Specifically, without use of cash collateral and the ability to operate, existing guests will not receive services and will depart, canceling existing charges.   Moreover, without use of cash collateral, future reservations will also be cancelled.    Even if the Debtor does not have use of cash collateral on a limited time basis, I believe that the public perception associated with the

foregoing will certainly hurt, if not eviscerate, the Debtor's business, thereby reducing the value of the estate and potential recovery to creditors.

**E.      Cash Management Motion**

27.      The Hotel is one of some 41 hotels under the Shilo Inns brand.  Each of these hotels, including the Debtor, has its own separate bank account.  Funds from each of these bank accounts are transferred to a master accounts payable bank account (the "Master A/P Account") held by Shilo Management Corporation ("SMC") to reimburse for expenses paid by SMC on behalf of the hotels.  All expenses are paid by checks written from the Master A/P Account.  This results in cost savings and an economy of scales by allowing all expenses and accounting to run through one account rather than several.

28.      Meticulous records of money in and money out for each separate hotel and account ensure that all funds are accounted for and tracked.  In the ordinary course of business, SMC creates separate monthly reports for each of the separate hotel entities, including the Debtor, which it will continue to do throughout the bankruptcy case in connection with reports to the United States Trustee.  Thus, each month, there is a full record of all money that the Debtor transfers to the Master A/P Account and a full record of all money paid on behalf of the Debtor for its expenses.  All funds are accounted for.

29.      To avoid disruption and maintain efficient continuity in operations, I believe that it is necessary and proper to grant to the Debtor authority to maintain its prepetition cash management system.  Specifically, the Debtor will continue to collect income through the Debtor's Depository Account, then, as needed and appropriate, transfer reimbursements to the Master A/P Account, from which all expenses for the Debtor will be paid.  Importantly, the Debtor will transfer only the exact amount necessary for the Master A/P Account to cut checks for the Debtor's expenses.  All surplus income above what is needed for these expenses will

remain in the Debtor's Depository Account.  Although I believe that there is no danger in the commingling and loss of estate funds by transfer to the Master A/P Account, keeping all surplus income in the Debtor's Depository Account will serve as yet an extra safeguard to ensure that estate funds remain within the estate and under the auspices of the Court and the Office of the United States Trustee.

**F.    Utility Motion**

30.    To operate the Hotel, the Debtor receives water, gas, electricity, telephone, internet and similar utility services from a number of utility companies (each a "Utility Company," and collectively, the "Utility Companies").  Given the importance of the services provided by the Utility Companies to the Debtor's business, it is crucial that the means of providing adequate assurance to the Utility Companies which provide utility services to the Debtor be determined immediately so that there is no interruption in the services provided.

31.    Prior to the commencement of the Debtor's bankruptcy case, the Utility Companies listed in Exhibit "A" hereto provided utility services to the Debtor.  The Debtor intends to provide adequate "assurance of payment" by providing each of the Utility Companies listed in Exhibit "A" with a cash deposit in the amounts set forth in Exhibit "A," provided that the Debtor will continue to utilize such services.  The proposed deposit amounts were determined based on an average of the three (3) monthly ledgers reflecting expenses the Debtor incurred for the respective Utility Companies (true and correct copies of actual bills from the Utility Companies are attached hereto as **Exhibits "B" – "K"**.  To the extent that a deposit is already in place with a particular Utility, as set forth in **Exhibit "A"** hereto, such amount was deducted from the proposed deposit sought herein.  The source of funds to be used to pay the cash deposits to the Utility Companies will be the Debtor's revenue, which the Debtor believes the Secured Creditors will contend constitutes their cash collateral.

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct to the best of my knowledge.

3    Executed on this 30th day of November 2010, at Portland, Oregon.

4

5

6    CHRISTOPHER CAMPBELL

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# ANNUAL PROPERTY TAX BILL

2010                                                                                                    2010

### CITIES, COUNTY, SCHOOLS AND ALL OTHER TAXING AGENCIES IN LOS ANGELES COUNTY
## SECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2010 TO JUNE 30, 2011
### MARK J. SALADINO, TREASURER AND TAX COLLECTOR
FOR ASSISTANCE CALL 1 (213) 974-2111 OR 1 (888) 807-2111, ON THE WEB AT www.lacountypropertytax.com

11-3-10 cc: Kevin

ASSESSOR'S ID. NO.

DETAIL OF TAXES DUE FOR    8710 014 018  10 000  58

PROPERTY IDENTIFICATION
ASSESSOR'S ID.NO.: 8710 014 018 10 000
OWNER OF RECORD AS OF JANUARY 1, 2010
SAME AS BELOW

MAILING ADDRESS

SHILO INN DIAMOND BAR LLC
11600 SW BARNES RD NO 200
PORTLAND OR 97225

| AGENCY | AGENCY PHONE NO. | RATE | | AMOUNT |
|---|---|---|---|---|
| GENERAL TAX LEVY | | | | |
| ALL AGENCIES | | 1.000000 | $ | 121,111.25 |
| | | | | |
| VOTED INDEBTEDNESS | | | | |
| METRO WATER DIST | | .003700 | $ | 448.11 |
| COMMNTY COLLEGE | | .026363 | | 3,192.85 |
| UNIFIED SCHOOLS | | .177212 | | 21,462.37 |
| | | | | |
| DIRECT ASSESSMENTS | | | | |
| SGV MOSQUITO&VCD | (800) 273-5167 | | $ | 9.03 |
| FLOOD CONTROL | (626) 458-5165 | | | 2,320.79 |
| SAN DIST #21 | (562) 908-4288 | | | 20,431.95 |
| MWD STANDBY #2 | (866) 807-6864 | | | 65.32 |
| WLNT VLY WTR SBY | (866) 807-6864 | | | 299.60 |
| 3VALLEYS MWD CHG | (866) 807-6864 | | | 553.76 |
| COUNTY PARK DIST | (213) 738-2983 | | | 1,610.68 |
| TRAUMA/EMERG SRV | (866) 587-2862 | | | 3,758.42 |

## ELECTRONIC FUND TRANSFER (EFT) NUMBER
ID#:19 8710 014 018 4 YEAR:10 SEQUENCE:000 8
PIN:    925188

For American Express, Mastercard and Visa payments call 1 (888) 473-0835
and have available the EFT number listed above. Service fees will be charged.

SPECIAL INFORMATION

DELINQUENT TAX INFORMATION:
YOU OWE BACK TAXES WHICH MAY RESULT IN YOUR
PROPERTY BEING SOLD.  THE AMOUNT OWING FOR
PRIOR YEARS IS NOT INCLUDED IN THIS STATEMENT
PLEASE CONTACT US IMMEDIATELY TO DISCUSS
YOUR PAYMENT OPTIONS.

PROPERTY LOCATION AND/OR PROPERTY DESCRIPTION
3200 W TEMPLE AVE              POMONA CA
PARCEL MAP AS PER BK 69 P 11-14 OF P M*
(EX OF STS)        LOT    5

| | | |
|---|---|---|
| **TOTAL TAXES DUE** | | **$175,264.13** |
| **FIRST INSTALLMENT TAXES**  DUE NOV. 1, 2010 | | **$93,823.39** |
| **SECOND INSTALLMENT TAXES DUE FEB. 1, 2011** | | **$81,440.74** |

### VALUATION INFORMATION

| ROLL YEAR 10-11 | CURRENT ASSESSED VALUE | TAXABLE VALUE |
|---|---|---|
| LAND | 4,500,000 | 4,500,000 |
| IMPROVEMENTS | 6,000,000 | 6,000,000 |
| FIXTURES | 585,457 | 585,457 |
| PERS PROP | 1,025,668 | 1,025,668 |
| TOTAL | | 12,111,125 |
| LESS EXEMPTION: | | |
| NET TAXABLE VALUE | | 12,111,125 |

ASSESSOR'S REGIONAL OFFICE
REGION #28 INDEX:97004521 TRA:11194
SPECIAL PROPERTIES
500 W TEMPLE STREET RM. 180
LOS ANGELES CA 90012
(213)974-3108

ACCT. NO.:      PRINT NO.: 270643 BILL ID.:

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION FOR YOUR RECORDS. YOUR CANCELLED CHECK IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR 2ND INSTALLMENT PAYMENT
DO NOT INCLUDE NOTES WITH YOUR PAYMENT
DO NOT STAPLE, TAPE OR CLIP PAYMENT STUB OR CHECK

| PRIOR DELINQUENCY |    ANNUAL    2010 |

SHILO INN DIAMOND BAR LLC
11600 SW BARNES RD NO 200
PORTLAND OR 97225

ASSESSOR'S ID. NO.        CK    PK
8710 014 018  10 000  58    2

FOR MAILING ADDRESS CHANGE
PLEASE MARK BOX BELOW and
COMPLETE FORM ON REVERSE SIDE
OF THIS PAYMENT COUPON.

2ND INSTALLMENT DUE        INDICATE AMOUNT PAID

PAYMENT DUE 02/01/11 ———►
IF NOT RECEIVED BY POSTMARKED BY  04/10/11
REMIT AMOUNT OF      $89,594.81

$81,440.74

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA  90054-0018

08553

1101000088710014018000814407400089594815532041L

2ND

# EXHIBIT 2

B6B (Official Form 6B) (12/07)

In re    **Shilo Inn, Diamond Bar, LLC**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty cash** | - | 1,500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **City of Pomona Water Dept.** | - | 625.00 |
| | | **Southern California Edison** | - | 22,490.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 24,615.00 |
|---|---|---|
|  | (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Shilo Inn, Diamond Bar, LLC**                                Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable (book value) | - | 1,342.93 |
| | | Accounts receivable (restaurant rent) | - | 81,643.00 |
| | | Accounts receivable (book value - intercompany) | - | 452,703.70 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    535,689.63
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Shilo Inn, Diamond Bar, LLC**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Lender liability claims against Cathay Bank | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Franchise agreement with Shilo Franchise International, LLC | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, furnishings and supplies (book value) | - | 196,601.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Furnishings, fixtures and equipment (book value) | - | 293,459.00 |
| 30. Inventory. | | Inventory (linens and guest supplies - book value) | - | 32,669.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 522,729.00 |
| (Total of this page) | |
| Total > | 1,083,033.63 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# EXHIBIT 3

```
JOB H1T                                         SHILO INN, DIAMOND BAR, LLC
STR                                            BALANCE SHEET--INCOME TAX-BASIS
ROUNDIN G-        1                            PERIOD ENDING  9/30/10 ¹ (UNAUDITED)
COMPANY - 1T    SHILO INN, DIAMOND BAR, LLC
DEPT  -  0      SHILO INNS B/S
```

ASSETS

| | BOOK VALUE | MARKET VALUE |
|---|---|---|
| CURRENT ASSETS | | |
| CASH | | |
| 101002 CASH ON HAND | 1,500 | 1,500 |
| 101003 CASH - BANK GENERAL | 91,456 | 91,456 |
| 103000 CASH-A/P DISBURSEMENTS | (352) | (352) |
| 105006 REPLACE.RESERVE-LEASED REST. | 12,502 | 12,502 |
| 145003 REPLACEMENT RESERVE-MORTGAGE | 5,633 | 5,633 |
| TOTAL CASH | 110,739 | 110,739 |
| | | |
| ACCOUNTS RECEIVABLE | | |
| 108001 A/R - TRADE | (4,800) | (4,800) |
| 108003 ACCOUNTS RECEIVABLE - OTHER | 18,515 | 18,515 |
| 108090 A/R-SFI (GIFT CARDS) | 151 | 151 |
| 109007 RESTAURANT RENT RECEIVABLE | 243,917 | 243,917 |
| TOTAL ACCOUNTS RECEIVABLE | 257,782 | 257,783 |
| | | |
| TOTAL CURRENT ASSETS | 368,521 | 368,521 |
| | | |
| DEBT SERVICE | | |
| 145005 DEBT SERVICE RESERVE | 380,403 | 380,403 |
| TOTAL DEBT SERVICE | 380,403 | 380,403 |
| | | |
| FIXED ASSETS | | |
| 150050 WORK IN PROCESS | 12,195 | |
| 151001 LAND | 1,475,517 | |
| 151501 LAND IMPROVEMENTS | 551,716 | |
| 152001 BUILDING | 6,346,774 | |
| 153001 FURNITURE | 1,375,289 | |
| 153002 FIXTURES & EQUIPMENT | 1,340,671 | |
| 153003 RESTAURANT EQUIPMENT | 308,141 | |
| 153004 SOFTWARE | 2,005 | |
| 154001 SIGNS | 66,743 | |
| 155000 REORGANIZATION COSTS | 194,386 | - |
| TOTAL GROSS FIXED ASSETS | 11,673,437 | 15,500,000 |
| 160001 ACCUMULATED DEPR & AMORT | (8,464,750) | |
| 160002 ACCUMULATED AMORTIZATION | (72,714) | - |
| TOTAL FIXED ASSETS ² | 3,135,973 | 15,500,000 |
| | | |
| OTHER ASSETS | | |
| 140001 PREPAID INSURANCE | 24,653 | 24,653 |
| 140050 PREPAID - OTHER | 5,657 | 5,657 |
| 190001 GOODWILL | 1,458 | 1,458 |
| 190002 LOAN FEES | 114,533 | 114,533 |
| 190501 LINENS | 101,630 | 101,630 |
| 190602 UTILITY DEPOSITS | 23,115 | 23,115 |
| 190610 FRANCHISE DEPOSIT | 10,260 | 10,260 |
| 190620 OTHER DEPOSITS | 37,121 | 37,121 |
| 191001 SUSPENSE | (4,740) | (4,740) |
| TOTAL OTHER ASSETS | 313,687 | 313,687 |
| | | |
| TOTAL ASSETS | 4,198,584 | 16,562,611 |

```
JOB H1T                                      SHILO INN, DIAMOND BAR, LLC
STR                                        BALANCE SHEET--INCOME TAX-BASIS
ROUNDIN G-          1                       PERIOD ENDING  9/30/10 ¹ (UNAUDITED)
COMPANY - 1T       SHILO INN, DIAMOND BAR, LLC
DEPT  -  0         SHILO INNS B/S
```

LIABILITIES AND EQUITY

CURRENT LIABILITIES

|  |  | BOOK VALUE | MARKET VALUE |
|---|---|---:|---:|
| ACCOUNTS PAYABLE |  |  |  |
| 2100TA | A/P - T/A REIMBURSEMENTS | 200 | 200 |
| 210001 | ACCOUNTS PAYABLE - TRADE | 448,503 | 448,503 |
| 210005 | A/P - TRAVEL AGENT | 3,895 | 3,895 |
| 210006 | A/P - RELATED PARTY | (9,491) | (9,491) |
| 210008 | A/P - INTERCOMPANY | (141,023) | (141,023) |
| 210009 | ACCOUNTS PAYABLE - OTHER | 4,974 | 4,974 |
| 210016 | A/P - RESTAURANT #2 | 14,581 | 14,581 |
| 210017 | A/P - SHILO MANAGEMENT | 177,409 | 177,409 |
| 210020 | A/P - LENDING POOL | 452,704 | 452,704 |
|  | TOTAL ACCOUNTS PAYABLE | 951,753 | 951,752 |
|  | ACCRUED EXPENSES |  |  |
| 220000 | SALARIES & WAGES PAYABLE | 23,764 | 23,764 |
| 220003 | UNIFORMS | 25 | 25 |
| 240002 | INSURANCE PAYABLE | 22,306 | 22,306 |
| 240003 | INTEREST PAYABLE | 27,125 | 27,125 |
| 240004 | PROPERTY TAXES PAYABLE | 41,585 | 41,585 |
| 240008 | SALES TAXES PAYABLE | 10,069 | 10,069 |
|  | TOTAL ACCRUED EXPENSES | 124,875 | 124,874 |
|  | TOTAL CURRENT LIABILITIES | 1,076,628 | 1,076,626 |
|  | L-T LIABILITIES |  |  |
| 260001 | N/P-PRIMARY MORTGAGE | 4,875,000 | 4,875,000 |
| 260002 | N/P-SECONDARY MORTGAGE | 5,353,000 | 5,353,000 |
|  | TOTAL L-T LIABILITIES | 10,228,000 | 10,228,000 |
|  | EQUITY |  |  |
| 300101 | MSH CAPITAL | (7,159,712) | 5,204,317 |
| 300102 | MSH ADVANCES | 1,071,411 | 1,071,411 |
| 300103 | MSH DRAWS | (678,641) | (678,641) |
| 301301 | SMH CAPITAL | (16,755) | (16,755) |
| 305500 | CURRENT YEAR PROFIT & LOSS | (322,347) | (322,347) |
|  | TOTAL EQUITY | (7,106,043) | 5,257,985 |
|  | TOTAL LIABILITIES AND EQUITY | 4,198,584 | 16,562,611 |

NOTES:
INTERNALLY PREPARED ON INCOME TAX-BASIS
1) 2009 YEAREND ENTIRES ARE NOT YET COMPLETE AND ARE NOT EXPECTED TO BE MATERIAL.
2) MARKET VALUE OF HOTEL REFLECTS THE FAIR MARKET VALUE AS OF BALANCE SHEET DATE.

# EXHIBIT 4

## Shilo Inn Diamond Bar, LLC

PROFORMA OPERATING STATEMENT PREPARED ON CASH FLOW BASIS
First Four Weeks November 22, 2010 to December 19, 2010

| | Cash Flow Work Sheet -- First 28 Days | | | | |
|---|---|---|---|---|---|
| | Week 1 Nov 29-Dec 5 | Week 2 Dec 6-12 | Week 3 Dec 13-19 Payroll [1] | Week 4 Dec 20-26 | Total First 4 Weeks |
| **AVAILABLE ROOMS** | 1,127 | 1,127 | 1,127 | 1,127 | 4,508 |
| **ROOMS SOLD** | 250 | 170 | 200 | 175 | 795 |
| **COMP ROOM NIGHTS** | 5 | 5 | 5 | 5 | 20 |
| **TOTAL ROOMS OCCUPIED** | 255 | 175 | 205 | 180 | 815 |
| **AVERAGE DAILY RATE** | $68.00 | $59.25 | $59.00 | $59.00 | $61.88 |
| **AVERAGE DAILY RATE (incl comps)** | $66.67 | $57.56 | $57.56 | $57.36 | $60.37 |
| **OCCUPANCY % (rooms sold)** | 22.2% | 15.1% | 17.7% | 15.5% | 17.6% |
| **OCCUPANCY % (incl comps)** | 22.6% | 15.5% | 18.2% | 16.0% | 18.1% |
| **REVENUE PER AVAILABLE ROOM** | $15.08 | $8.94 | $10.47 | $9.16 | $10.91 |
| | | | | | |
| **DEPARTMENTAL REVENUE** | | | | | |
| ROOMS [2] | 17,000 | 10,073 | 11,800 | 10,325 | 49,198 |
| MISCELLANEOUS [2] | 900 | 900 | 900 | 900 | 3,600 |
| OCCUPANCY TAX COLLECTIONS [3] | 1,790 | 1,097 | 1,270 | 1,123 | 5,280 |
| **GROSS REVENUE AND CASH INCOME** | 19,690 | 12,070 | 13,970 | 12,348 | 58,077 |
| **COST OF GOODS / SERVICES SOLD** | | | | | |
| ROOMS [4] | 11,209 | 2,540 | 5,333 | 8,494 | 27,576 |
| MISCELLANEOUS | 850 | 39 | 39 | 0 | 928 |
| **TOTAL COST OF GOODS / SERVICES SOLD** | 12,059 | 2,579 | 5,372 | 8,494 | 28,504 |
| **DEPARTMENTAL PROFIT** | | | | | |
| ROOMS | 5,791 | 7,533 | 6,467 | 1,831 | 21,622 |
| MISCELLANEOUS | 1,790 | 1,097 | 1,270 | 1,123 | 5,280 |
| **GROSS PROFIT** | 7,631 | 9,491 | 8,598 | 3,854 | 29,573 |
| | | | | | |
| **GEN & ADMIN EXPENSE AND OTHER CASH OUTFLOWS** | | | | | |
| ADVERTISING & PROMOTION | 0 | 0 | 0 | 0 | 0 |
| PROPERTY MAINTENANCE | 2,025 | 2,025 | 4,374 | 7,321 | 15,746 |
| GENERAL & ADMINISTRATIVE | 0 | 385 | 4,429 | 4,460 | 9,274 |
| UTILITIES | 0 | 0 | 0 | 14,000 | 14,000 |
| INSURANCES | 5,581 | 0 | 0 | 0 | 5,581 |
| SECURED PROPERTY TAX | 0 | 0 | 0 | 0 | 0 |
| FRANCHISE FEES [5] | 3,512 | 0 | 0 | 0 | 3,512 |
| SMC MANAGEMENT FEE | 3,261 | 0 | 0 | 0 | 3,261 |
| OCCUPANCY TAX (postmark before month-end) [3] | 14,813 | 0 | 0 | 0 | 14,813 |
| **TOTAL GENERAL & ADMINISTRATIVE EXPENSES AND OTHER CASH OUTFLOWS** | 29,192 | 2,410 | 8,803 | 25,782 | 66,187 |
| | | | | | |
| **NET CASH FLOW FROM OPERATIONS [6]** | (21,561) | 7,081 | (205) | (21,928) | (36,614) |
| | -109.5% | 58.7% | -1.5% | -177.6% | -63.0% |
| | | | | | |
| Cash Beginning of Period | - | (0) | 7,081 | 6,875 | |
| Change in period [7] | (0) | 7,081 | (205) | (5,875) | |
| Cash End of Period | (0) | 7,081 | 6,875 | 0 | |
| Trade Accounts Receivable Beginning of Period | 1,343 | 1,343 | 1,343 | 1,343 | |
| Change in period [8] | - | - | - | - | |
| Trade Accounts Receivable End of Period | 1,343 | 1,343 | 1,343 | 1,343 | |
| Inventory Beginning of Period | 32,669 | 32,669 | 32,669 | 32,669 | |
| Change in period [8] | - | - | - | - | |
| Inventory End of Period | 32,669 | 32,669 | 32,669 | 32,669 | |
| FF&E (Book Value) Beginning of Period | 490,060 | 490,060 | 490,060 | 490,060 | |
| Change in period [9] | - | - | - | - | |
| FF&E End of Period | 490,060 | 490,060 | 490,060 | 490,060 | |
| Real Property (FMV) Beginning of Period | 12,075,000 | 12,075,000 | 12,075,000 | 12,075,000 | |
| Change in period [9] | - | - | - | - | |
| Real Property (FMV) End of Period | 12,075,000 | 12,075,000 | 12,075,000 | 12,075,000 | |
| **TOTAL ALL ASSETS - END OF PERIOD** | 12,599,072 | 12,606,152 | 12,605,947 | 12,599,072 | |

### Notes:

1) Pay dates are December 15 and 29. Payroll expense is included in Rooms, A&G, Sales, & Maintenance departments as appropriate.

2) Miscellaneous does not include restaurant rent for the four week period presented.

3) City of Pomona occupancy tax payments are estimated at 10% of revenue and are payments are from prior month's receipts. Payment shown in Week 2 is for October and is actual.

4) Rooms Department includes additional $2,000/week of expenses for unplanned but necessary expenditures.

5) Franchise fee is 4% of prior month's total revenue.

6) Shilo Franchise International, LLC has agreed to extend up to $100,000 in short-term DIP financing.

7) Cash short-falls made up by loans from SFI; forecasted at $21,561 in Week 1 and $15,053 in Week 4.

8) Net change of paid A/R & new billings, and consumption & purchases of inventory is assumed to be zero in each period.

9) No changes are planned for FF&E or Real Property in the short term.

# EXHIBIT 5

1  DAVID B. GOLUBCHIK (State Bar No. 185520)
   dbg@lnbyb.com
2  J.P. FRITZ (State Bar No. 245240)
   jpf@lnbryb.com
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
4  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
5  Telephone:  (310) 229-1234
   Facsimile:  (310) 229-1244
6

7  Proposed Attorneys for Debtor and Debtor in Possession

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11  In re:                              ) Case No.: 2:10-bk-_____-__
                                        )
12  SHILO INN, DIAMOND BAR, LLC,        ) Chapter 11 Case
                                        )
13          Debtor and Debtor in Possession,  )
                                        )
14                                      )
                                        )
15                                      ) TERM SHEET FOR POST-
                                        ) PETITION FINANCING
16                                      )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )

21

22

23          This Term Sheet for Post-Petition Financing ("Term Sheet") is entered into by and

24  between Shilo Inn, Diamond Bar, LLC, debtor and debtor in possession in the above-

25  referenced Chapter 11 bankruptcy case ("Debtor"), and Shilo Franchise International, LLC

26  ("Lender"), with respect to the following:

27

28

                                        1

**RECITALS**

1.    The Debtor commenced its Chapter 11 bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on November __, 2010. The Debtor is operating its business and managing its financial affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2.    The Debtor has advised Lender that, notwithstanding its use of cash collateral, the Debtor requires post-petition financing to allow the Debtor to meet certain expenses relating to the operation of its business.

3.    Lender has agreed to provide post-petition financing to the Debtor on a secured basis in accordance with the terms and conditions set forth below.

**AGREEMENT**

A.    Lender shall provide a working line of credit to the Debtor in the amount of $100,000 (the "Line of Credit");

B.    The outstanding amount due and owing pursuant to the Line of Credit shall accrue interest at the rate of 5% per annum;

C.    The Line of Credit shall be used solely for the post-petition obligations of the Debtor.

D.    The outstanding amount under the Line of Credit shall be due and payable in full on the earlier of (the "Payment Due Date"): (i) the effective date of any confirmed plan of reorganization; (ii) appointment of Chapter 11 Trustee; (iii) conversion of this case to one under Chapter 7 of the Bankruptcy Code; or (iv) dismissal of the case. Notwithstanding the Payment Due Date, the parties may extend the term of the Line of Credit by in writing executed by all parties hereto without further order of the Court or a hearing.

E.    The Line of Credit shall be secured by perfected liens on all assets of the Debtor (except any avoidance actions arising under Bankruptcy Code Sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code), but junior to valid and perfected security interests in existence on the Petition Date, pursuant to 11 U.S.C. § 364(c)(3), and junior to the administrative expense claims of Debtor's professionals employed pursuant to order of the Bankruptcy Court.

F.    Nothing contained in this Term Sheet and the order approving the proposed financing shall be deemed or construed to waive, reduce, or otherwise diminish the rights and claims of Lender against the Debtor or other third party.

G.    This Term Sheet is subject to approval of the Bankruptcy Court. The Debtor shall promptly submit this Term Sheet and use best efforts to obtain approval thereof.

Dated: November ___, 2010

SHILO INN, DIAMOND BAR, LLC, Debtor
and Debtor in Possession

By: _____
Cascade Hotel Corporation, Manager
By: Mark S. Hemstreet
Its: President

Dated: November ___, 2010

SHILO FRANCHISE INTERNATIONAL, LLC,
Lender

By: _____

By: Mark S. Hemstreet
Its: President

**EXHIBIT 6**

JOB H1785UTMP L
STR IT5IMPL
ROUNDING: 1

RUN DATE 11/05/10   RUN TIME 14:29:48   PAGE 0001   (GL BTCH)

**SHILO INN DIAMOND BAR, LLC**
**SUMMARY STATEMENT OF INCOME—INCOME TAX-BASIS**
**MONTHS ENDING 9/30/10 (UNAUDITED)**

### CURRENT MONTH

| | ACTUAL | % | BUDGET | % | VARIANCE | % | PRIOR YEAR | % |
|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | |
| ROOMS | 95,495 | 91.9 | 0 | 0.0 | 95,495 | 0.0 | 86,342 | 89.5 |
| TELEPHONE | | | 0 | | | 0.0 | 1 | 0.0 |
| OTHER INCOME | 3,394 | 3.3 | 0 | 0.0 | 3,394 | 0.0 | 5,121 | 5.3 |
| RENT | 5,000 | 4.8 | 0 | 0.0 | 5,000 | 0.0 | 5,000 | 5.2 |
| **TOTAL REVENUE** | 103,889 | 100.0 | 0 | 0.0 | 103,889 | 0.0 | 96,474 | 100.0 |
| **DEPARTMENTAL PROFIT** | | | | | | | | |
| ROOMS | 62,126 | 65.1 | 0 | 0.0 | 62,126 | 0.0 | -49,096 | 56.9 |
| TELEPHONE | -2,630 | | 0 | | -2,630 | 0.0 | -1,984 | 2574.8 |
| OTHER | 7,109 | 84.9 | 0 | 0.0 | 7,109 | 0.0 | 8,200 | 81.9 |
| **TOTAL DEPARTMENTAL PROFIT** | 66,606 | 64.1 | 0 | 0.0 | 66,606 | 0.0 | -42,790 | 44.4 |
| SALES & MARKETING | 3,885 | 3.7 | 0 | | -3,885 | 0.0 | 9,216 | 9.6 |
| REPAIRS & MAINTENANCE | 9,089 | 6.8 | 0 | | -9,089 | 0.0 | 102,309 | 106.1 |
| ADMINISTRATION & GENERAL | 13,545 | 13.0 | 0 | | -13,545 | 0.0 | 19,122 | 18.8 |
| ENERGY | 26,352 | 25.4 | 0 | | -26,352 | 0.0 | 19,623 | 20.3 |
| **TOTAL OVERHEAD EXPENSE** | 52,871 | 50.9 | 0 | | -52,871 | 0.0 | 149,269 | 154.8 |
| **GROSS OPERATING PROFIT** | 13,734 | 13.2 | 0 | | 13,734 | 0.0 | -192,059 | 199.1 |
| **OTHER FIXED EXPENSES** | | | | | | | | |
| INSURANCE | 2,643 | 2.5 | 0 | | -2,643 | 0.0 | 2,881 | 3.0 |
| TAXES | 10,396 | 10.0 | 0 | | -10,396 | 0.0 | 9,460 | 9.8 |
| INTEREST - MORTGAGE (NOTE 1) | 27,125 | 26.1 | 0 | | -27,125 | 0.0 | 19,892 | 20.6 |
| MANAGEMENT FEE | 3,261 | 3.1 | 0 | | -3,261 | 0.0 | 4,423 | 4.6 |
| **TOTAL OTHER EXPENSE** | 43,426 | 41.8 | 0 | | -43,426 | 0.0 | 36,676 | 38.0 |
| **OTHER INCOME** | | | | | | | | |
| INTEREST INCOME | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| OTHER INCOME | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| **TOTAL OTHER INCOME** | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| **TOTAL INC BEFORE DEPN/FEES/AMORT** | -29,691 | 28.6 | 0 | 0.0 | -29,691 | 0.0 | -228,735 | 237.2 |
| DEPRECIATION | 6,838 | 6.6 | 0 | | -6,838 | 0.0 | 6,838 | 7.1 |
| **TOTAL NET INCOME/(LOSS)** | -36,529 | 35.2 | 0 | | -36,529 | 0.0 | -235,573 | 244.2 |
| **STATISTICS** | | | | | | | | |
| ROOMS AVAILABLE | 4,930 | | 0 | | 4,930 | | 4,930 | 0.0 |
| ROOMS SOLD | 1,466 | | 0 | | 1,466 | | 1,381 | 0.0 |
| ROOMS OCCUPIED | 1,473 | | 0 | | 1,473 | | 1,381 | 0.0 |
| PERCENTAGE OF OCCUPANCY | 30.40 | | 0.00 | | 30.40 | | 28.60 | 0.0 |
| AVERAGE DAILY RATE | 65.14 | | 0.00 | | 65.14 | | 62.52 | 0.0 |
| REVENUE PER AVAILABLE ROOM | 19.77 | | 0.00 | | 19.77 | | 17.98 | 0.0 |
| COST PER OCCUPIED ROOM | 22.65 | | 0.00 | | 22.65 | | 98.07 | 0.0 |

### YEAR-TO-DATE

| | ACTUAL | % | BUDGET | % | VARIANCE | % | PRIOR YEAR | % |
|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | |
| ROOMS | 838,443 | 91.8 | 0 | 0.0 | 838,443 | 0.0 | 679,092 | 86.9 |
| TELEPHONE | | | 0 | | | 0.0 | 424 | 0.1 |
| OTHER INCOME | 30,148 | 3.3 | 0 | 0.0 | 30,148 | 0.0 | 51,666 | 6.6 |
| RENT | 45,000 | 4.9 | 0 | 0.0 | 45,000 | 0.0 | 50,000 | 6.4 |
| **TOTAL REVENUE** | 913,591 | 100.1 | 0 | 0.0 | 913,591 | 0.0 | 781,182 | 100.0 |
| **DEPARTMENTAL PROFIT** | | | | | | | | |
| ROOMS | 467,995 | 55.8 | 0 | 0.0 | 467,995 | 0.0 | 255,089 | 37.7 |
| TELEPHONE | -19,459 | | 0 | | -19,459 | 0.0 | -17,442 | 4109.3 |
| OTHER | 67,097 | 90.0 | 0 | 0.0 | 67,097 | 0.0 | 94,008 | 92.6 |
| **TOTAL DEPARTMENTAL PROFIT** | 515,533 | 56.5 | 0 | 0.0 | 515,533 | 0.0 | 332,456 | 42.6 |
| SALES & MARKETING | 48,284 | 5.3 | 0 | | -48,284 | 0.0 | 59,751 | 7.7 |
| REPAIRS & MAINTENANCE | 83,819 | 9.2 | 0 | | -83,819 | 0.0 | 195,516 | 25.0 |
| ADMINISTRATION & GENERAL | 128,495 | 14.1 | 0 | | -128,495 | 0.0 | 131,177 | 16.8 |
| ENERGY | 114,135 | 12.5 | 0 | | -114,135 | 0.0 | 100,986 | 12.9 |
| **TOTAL OVERHEAD EXPENSE** | 374,733 | 41.0 | 0 | | -374,733 | 0.0 | 487,429 | 62.4 |
| **GROSS OPERATING PROFIT** | 140,801 | 15.4 | 0 | | 140,801 | 0.0 | -154,973 | 19.9 |
| **OTHER FIXED EXPENSES** | | | | | | | | |
| INSURANCE | 25,055 | 2.7 | 0 | | -25,055 | 0.0 | 33,733 | 4.3 |
| TAXES | 100,367 | 11.0 | 0 | | -100,367 | 0.0 | 67,761 | 11.2 |
| INTEREST - MORTGAGE (NOTE 1) | 246,830 | 27.0 | 0 | | -246,830 | 0.0 | 85,340 | 10.9 |
| MANAGEMENT FEE | 29,349 | 3.2 | 0 | | -29,349 | 0.0 | 39,807 | 5.1 |
| **TOTAL OTHER EXPENSE** | 401,608 | 44.0 | 0 | | -401,608 | 0.0 | 246,640 | 31.6 |
| **OTHER INCOME** | | | | | | | | |
| INTEREST INCOME | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | -4 | |
| OTHER INCOME | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | -36,490 | 4.7 |
| **TOTAL OTHER INCOME** | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | -36,502 | 4.7 |
| **TOTAL INC BEFORE DEPN/FEES/AMORT** | -260,808 | 28.6 | 0 | 0.0 | -260,808 | 0.0 | -365,112 | 46.7 |
| DEPRECIATION | 61,539 | 6.7 | 0 | | -61,539 | 0.0 | 61,539 | 7.9 |
| **TOTAL NET INCOME/(LOSS)** | -322,347 | 35.3 | 0 | | -322,347 | 0.0 | -426,651 | 54.6 |
| **STATISTICS** | | | | | | | | |
| ROOMS AVAILABLE | 43,953 | | 0 | | 43,953 | | 43,293 | 0.0 |
| ROOMS SOLD | 13,227 | | 0 | | 13,227 | | 0.956 | 0.0 |
| ROOMS OCCUPIED | 13,399 | | 0 | | 13,399 | | 9,443 | 0.0 |
| PERCENTAGE OF OCCUPANCY | 30.10 | | 0.00 | | 30.10 | | 20.70 | 0.0 |
| AVERAGE DAILY RATE | 63.39 | | 0.00 | | 63.39 | | 75.83 | 0.0 |
| REVENUE PER AVAILABLE ROOM | 19.08 | | 0.00 | | 19.08 | | 15.69 | 0.0 |
| COST PER OCCUPIED ROOM | 27.65 | | 0.00 | | 27.65 | | 44.02 | 0.0 |

1) Includes interest expense not paid as of statement date.

# EXHIBIT 7

Shilo Inn: Diamond Bar
Manager: Tracey Anzalone

Date: Monday, November 22, 2010

## DAILY REPORT

| REVENUE | Today's Sales | MTD Current | MTD Last Year | MTD Variance | YTD Current | YTD Last Year | YTD Variance |
|---|---|---|---|---|---|---|---|
| Room Sales | 2,351.81 | 70,711.66 | 65,244.70 | 5,466.96 | 1,058,432.79 | 843,370.88 | 215,061.91 |
| Telephone | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 421.83 | -421.83 |
| Meeting Rms | 0.00 | 2,048.34 | 2,081.00 | -32.66 | 20,680.34 | 31,042.68 | -10,362.34 |
| Valet | 0.00 | 0.00 | 0.00 | 0.00 | 26.25 | 156.95 | -130.70 |
| Lodgenet | 0.00 | 692.62 | 720.53 | -27.91 | 7,844.55 | 7,998.55 | -154.00 |
| Vending | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gst Laundry | 0.00 | 0.00 | 196.50 | -196.50 | 898.90 | 233.70 | 665.20 |
| Soap | 0.00 | 0.92 | 6.42 | -5.50 | 52.38 | 66.87 | -14.49 |
| Sundries | 0.00 | 0.00 | 0.00 | 0.00 | 39.00 | 0.00 | 39.00 |
| Map/Pstcrds | 0.00 | 0.00 | 0.00 | 0.00 | 9.90 | 44.55 | -34.65 |
| Buss Svcs | 0.00 | 0.00 | 0.00 | 0.00 | 49.11 | 0.00 | 49.11 |
| Bottled Wtr | 0.00 | 0.00 | 31.50 | -31.50 | 577.94 | 261.00 | 316.94 |
| Misc. | 0.00 | 15.00 | 68.60 | -53.60 | 3,130.95 | 2,780.08 | 350.87 |
| Ttl Revenue | 2,351.81 | 73,468.54 | 68,349.25 | 5,119.29 | 1,091,742.11 | 886,377.09 | 205,365.02 |
| NONREV ITMS | | | | | | | |
| Room Tax | 223.63 | 4,545.81 | 6,526.55 | -1,980.74 | 103,055.66 | 84,167.38 | 18,888.28 |
| Sales Tax | 0.00 | 265.32 | 273.75 | -8.43 | 2,804.01 | 3,516.78 | -712.77 |
| State Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Restaurant | 0.00 | 0.00 | 176.98 | -176.98 | 2,190.94 | 988.92 | 1,202.02 |
| Banquet | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals: | 2,575.44 | 78,279.67 | 75,326.53 | 2,953.14 | 1,199,792.72 | 975,050.17 | 224,742.55 |

**************************************************************************************

| - STATS - | | | | | | | |
|---|---|---|---|---|---|---|---|
| Comp Rooms | 0 | 7 | 2 | 5 | 189 | 494 | -305 |
| Rms Sold-Pd | 33 | 1,079 | 1,046 | 33 | 16,376 | 11,612 | 4,764 |
| Vac inc OOO | 128 | 2,456 | 2,494 | -38 | 37,174 | 40,380 | -3,206 |
| Total Rooms | 161 | 3,542 | 3,542 | 0 | 52,486 | 52,486 | 0 |
| Occupancy | 20.5 % | 30.7 % | 29.6 % | 1.1 | 31.6 % | 23.1 % | 8.5 |
| % Change | | | | 3.6 % | | | 36.8 % |
| ADR | $71.27 | $65.53 | $62.38 | 3.16 | $64.63 | $72.63 | -8.00 |
| % Change | | | | 5.1 % | | | -11.0 % |
| REVPAR | $14.61 | $19.96 | $18.42 | 1.54 | $20.17 | $16.07 | 4.10 |
| % Change | | | | 8.4 % | | | 25.5 % |
| MEMO ITEMS | | | | | | | |
| Walk Ins | | | | 0 | | | 0 |
| OOO (memo) | 32 | 569 | 127 | 442 | 3,760 | 5,295 | -1,535 |

***********************************************************************************

| -------- Cash/Credit Card on Hand Balance --------- | | -------- Accounts Receivable --------- | |
|---|---|---|---|
| Cash on Hand | 1,200.00 | Prev Day's Balance | 24,343.71 |
| <+> Today's Receipts | 1,730.53 | <+> Today's Total Sales | 2,575.44 |
| <-> Deposit - Cash | -409.06 | <-> Today's Receipts | -1,730.53 |
| <-> Deposit - Checks | -517.21 | <+/-> Adjustments: | |
| <-> Deposit - Visa/MC | -804.26 | Room Adj.(memo) | -128.99 |
| <-> Deposit - AMX | 0.00 | Room Tax Adj.(memo) | -12.90 |
| <-> Deposit - Diners | | Telephone Adj.(memo) | 0.00 |
| <-> Discover | 0.00 | H/O Refund | 0.00 |
| <-> Enroute/JCB & Other | 0.00 | Expenses | -687.40 |
| <+/-> Over/Short | 0.00 | Other | 0.00 |
| Cash on Hand Balance | 1,200.00 | Days' Ending Balance | $24,501.22 |

# EXHIBIT A

| Vendor Name | Account No. | June | August | September | October | Average | Deposit with Deposit Utility | Proposed Deposit Amount | Exhibit |
|---|---|---|---|---|---|---|---|---|---|
| City of Pomona Water Department | 617589502 | $ 405.46 | $ 402.61 | | $ 411.99 | $406.69 | $0.00 | $406.69 | B |
| City of Pomona Water Department | 7016206 | 450.38 | 485.89 | | 494.06 | $476.78 | $0.00 | $476.78 | C |
| City of Pomona Water Department | 7008106 | $ 4,475.76 | $ 4,478.46 | | 5,337.04 | $4,763.75 | $625.00 | $4,138.75 | D |
| Qwest Business | 82090587 | | $ 252.21 | $ 599.13 | $ 601.51 | $484.28 | $0.00 | $484.28 | E |
| Southern California Edison | 2237859616 | | $ 10,599.44 | $ 10,737.24 | $ 6,343.95 | $9,226.88 | $22,490.00 | $0.00 | F |
| Southern California Gas | 4691818050 | | $ 1,093.99 | $ 948.68 | $ 963.36 | $1,002.01 | $0.00 | $1,002.01 | G |
| Southern California Gas | 4901818494 | | $ 258.50 | $ 243.73 | $ 244.85 | $249.03 | $0.00 | $249.03 | H |
| TW Telecom (formerly Time Warner Telecom) | 34498 | | $ 895.45 | $ 878.64 | $ 872.08 | $882.06 | $0.00 | $882.06 | I |
| Verizon Northwest | 594 5862 | | $ 1,216.16 | $ 1,196.75 | $ 1,176.43 | $1,196.45 | $0.00 | $1,196.45 | J |
| Waste Management of San Gabriel | 12002738925193 | | $ 1,191.69 | $ 1,177.55 | $ 1,187.63 | $1,185.62 | $0.00 | $1,185.62 | K |

# EXHIBIT B



**CITY OF POMONA**
Public Works Department
505 South Garey Avenue
Pomona, CA 91766
Customer Service: (909) 620-2241

AUG 1 6 2010

# STATEMENT OF SERVICES

## Account Summary

| | |
|---|---|
| Customer Name: | SHILO INN POMONA |
| Account Number: | 06175895 |
| Customer Number: | 617589502 / 0810 |
| Payment Due By: | 09/08/2010 |
| Billing Date: | 08/10/2010 |
| Service Period: | 06/03/2010 TO 08/04/2010 |
| Service Address: | 3220 W TEMPLE AV |

## Billing Details

| | |
|---|---|
| Previous Balance | $424.15 |
| Payment - Thank you! | $-405.46 |
| **BALANCE FORWARD(due immediately):** | **$18.69** |
| **Water Charges:** | |
| Service Charge | 257.16 |
| Water Consumption Charge | 7.01 |
| | **$264.17** |
| **Utility Tax:** | |
| Utility Tax | 23.78 |
| | **$23.78** |
| **Sewer Charges:** | |
| Sewer Service Charge | 5.31 |
| Usage Charge | 3.81 |
| | **$9.12** |
| **General Sanitation Fee (GSF):** | |
| General Sanitation Fee (GSF) | 86.85 |
| | **$86.85** |
| **Current Charges:** | **$383.92** |
| Total Amount Due: | $ 402.61 |

*handwritten:*
C.96
742
1T  5425  287.95
5435    9.12
5430   86.85
5868   18.69
1/3/10 - 8/4/10

## Please Note the Following

Usage Analysis:



| | Present Read: | Past Read: |
|---|---|---|
| Meter   #60030237 | 25538 | 25530 |

| | |
|---|---|
| Water Consumption this period: | 8 HCF |
| Average water use this period: | 0.129 HCF/Day |
| Your average water consumption last year during this period was | 0.197 HCF/Day |

### AUTOPAY
Tired of writing checks? The City of Pomona now offers Electronic Funds transfer for your City Utility Bill. For more information, please contact Customer Service at (909) 620-2241 or visit our website at www.ci.pomona.ca.us.

### PAY BY PHONE
PAY IT YOUR WAY WITH SPEEDPAY! You can now pay your City of Pomona Utility Bill using your credit/debit card for a fee of $3.95 per $500 increment. Simply call toll free at (800) 556-4919 or online at Speedpay.com.

### WATER CONSERVATION
Due to continuing environmental concerns, the State will again be in a water supply shortage and require conservation. The City's Level 1 Water Conservation Schedule allows landscape watering 3 days per week from April through October as follows: odd addresses can water on Mon, Wed, & Fri; even addresses on Tues, Thurs, & Sat. Please call (909) 620-3628 for conservation tips. Office Hours: Monday - Thursday 7:30 AM - 5:30 PM.

# CITY OF POMONA
## Public Works Department
505 South Garey Avenue
Pomona, CA 91766
Customer Service: (909) 620-2241

JUN 1 1 REC'D

## STATEMENT OF SERVICES

### Account Summary

| | |
|---|---|
| Customer Name: | SHILO INN POMONA |
| Account Number: | 06175895 |
| Customer Number: | 61758950-2 / 0loiO |
| Payment Due By: | 07/06/2010 |
| Billing Date: | 06/07/2010 |
| Service Period: | 04/01/2010 TO 06/03/2010 |
| Service Address: | 3220 W TEMPLE AV |

### Billing Details

| | |
|---|---|
| Previous Balance | $486.42 |
| Payment - Thank you! | $454.84 |
| **BALANCE FORWARD(due immediately):** | **$31.58** |
| **Water Charges:** | |
| Service Charge | 250.97 |
| Water Consumption Charge | 5.16 |
| | **$256.13** |
| **Utility Tax:** | |
| Utility Tax | 23.05 |
| | **$23.05** |
| **Sewer Charges:** | |
| Sewer Service Charge | 5.09 |
| Usage Charge | 2.76 |
| | **$7.85** |
| **General Sanitation Fee (GSF):** | |
| General Sanitation Fee (GSF) | 86.85 |
| | **$86.85** |
| **Current Charges:** | **$373.88** |
| **Total Amount Due:** | **$ 405.46** |

### Please Note the Following

Usage Analysis:



Current Usage    Prior Usage — 10% Conservation Target

| Meter #60030237 | Present Read: | Past Read: |
|---|---|---|
| | 25530 | 25524 |
| Prior Read: | | |
| 25530 | | |

Water Consumption this period:        6 HCF
Average water use this period:        0.095 HCF/Day

Your average water consumption last year during this period was
0.068 HCF/Day

### AUTOPAY
Tired of writing checks? The City of Pomona now offers Electronic Funds transfer for your City Utility Bill. For more information, please contact Customer Service at (909) 620-2241 or visit our website at www.ci.pomona.ca.us.

### PAY BY PHONE
PAY IT YOUR WAY WITH SPEEDPAY! You can now pay your City of Pomona Utility Bill using your credit/debit card for a fee of $3.95 per $500 increment. Simply call toll free at (800) 558-4919 or online at Speedpay.com.

### WATER CONSERVATION
Due to continuing environmental concerns, the State will again be in a water supply shortage and require conservation. The City's Level 1 Water Conservation Schedule allows landscape watering 3 days per week from April through October as follows: odd addresses can water on Mon, Wed, & Fri; even addresses on Tues, Thurs, & Sat. Please call (909) 620-3628 for conservation tips. Office Hours: Monday - Thursday 7:30 AM - 6:00 PM.

# CITY OF POMONA

Public Works Department
505 South Garey Avenue
Pomona, CA 91766
Customer Service: (909) 620-2241

**STATEMENT OF 95-31**

AUG 16 2010

## Account Summary

| | |
|---|---|
| Customer Name: | SHILO INN POMONA |
| Account Number: | 06175895 |
| Customer Number: | 617589502 EXT 0 |
| Payment Due By: | 09/08/2010 |
| Billing Date: | 08/10/2010 |
| Service Period: | 06/03/2010 TO 08/04/2010 |
| Service Address: | 3220 W TEMPLE AV |

## Billing Details

| | |
|---|---|
| Previous Balance | $424.15 |
| Payment - Thank you! | $-405.46 |
| **BALANCE FORWARD(due immediately):** | **$18.69** |
| Water Charges: | |
| Service Charge | 257.16 |
| Water Consumption Charge | 7.01 |
| | **$264.17** |
| Utility Tax: | |
| Utility Tax | 23.78 |
| | **$23.78** |
| Sewer Charges: | |
| Sewer Service Charge | 5.31 |
| Usage Charge | 3.81 |
| | **$9.12** |
| General Sanitation Fee (GSF): | |
| General Sanitation Fee (GSF) | 86.85 |
| | **$86.85** |
| **Current Charges:** | **$383.92** |
| **Total Amount Due:** | **$ 402.61** |

## Please Note the Following

### Usage Analysis:



| | Present Read: | Past Read: |
|---|---|---|
| Meter   #60030237 | 25538 | 25530 |

Water Consumption this period:    8 HCF
Average water use this period:    0.129 HCF/Day

Your average water consumption last year during this period was
0.197 HCF/Day

### AUTOPAY

Tired of writing checks? The City of Pomona now offers Electronic Funds transfer for your City Utility Bill. For more information, please contact Customer Service at (909) 620-2241 or visit our website at www.ci.pomona.ca.us.

### PAY BY PHONE

PAY IT YOUR WAY WITH SPEEDPAY! You can now pay your City of Pomona Utility Bill using your credit/debit card for a fee of $3.95 per $500 increment. Simply call toll free at (800) 558-4919 or online at Speedpay.com.

### WATER CONSERVATION

Due to continuing environmental concerns, the State will again be in a water supply shortage and require conservation. The City's Level 1 Water Conservation Schedule allows landscape watering 3 days per week from April through October as follows: odd addresses can water on Mon, Wed, & Fri; even addresses on Tues, Thurs, & Sat. Please call (909) 620-3628 for conservation tips. Office Hours: Monday - Thursday 7:30 AM - 5:30 PM.

# EXHIBIT C



**CITY OF POMONA**
Public Works Department
505 South Garey Avenue
Pomona, CA 91766
Customer Service: (909) 620-2241

AUG 16 2010

## STATEMENT OF SERVICES

### Account Summary

Customer Name:    SHILO INN MOTEL
Account Number:    070162061 0810
Customer Number:    701620602
Payment Due By:    09/07/2010
Billing Date:    08/09/2010
Service Period:    06/08/2010 TO 08/09/2010
Service Address:    3200 TEMPLE AV

### Billing Details

| | |
|---|---|
| Previous Balance | $472.90 |
| Payment - Thank you! | $-450.38 |
| **BALANCE FORWARD(due immediately):** | **$22.52** |
| **Water Charges:** | |
| Service Charge | 425.11 |
| | **$425.11** |
| **Utility Tax:** | |
| Utility Tax | 38.26 |
| | **$38.26** |
| **Current Charges:** | **$463.37** |
| **Total Amount Due:** | **$ 485.89** |

742
IT   5425  463.37
5868   22.52

6/8/10 - 8/9/10

### Please Note the Following

Usage Analysis:



| Present Read: | Past Read: |
|---|---|
| Meter #01740854    0 | 0 |

Water Consumption this period:    0 HCF
Average water use this period:    0.000 HCF/Day

No History for Comparison

**AUTOPAY**
Tired of writing checks? The City of Pomona now offers Electronic Funds transfer for your City Utility Bill. For more information, please contact Customer Service at (909) 620-2241 or visit our website at www.ci.pomona.ca.us.

**PAY BY PHONE**
PAY IT YOUR WAY WITH SPEEDPAY! You can now pay your City of Pomona Utility Bill using your credit/debit card for a fee of $3.95 per $500 increment. Simply call toll free at (800) 556-4919 or online at Speedpay.com.

**WATER CONSERVATION**
Due to continuing environmental concerns, the State will again be in a water supply shortage and require conservation. The City's Level 1 Water Conservation Schedule allows landscape watering 3 days per week from April through October as follows: odd addresses can water on Mon, Wed, & Fri; even addresses on Tues, Thurs, & Sat. Please call (909) 620-3628 for conservation tips. Office Hours: Monday - Thursday 7:30 AM - 5:30 PM.

# STATEMENT OF SERVICE

## CITY OF POMONA
**Public Works Department**
505 South Garey Avenue
Pomona, CA 91766
Customer Service: (909) 620-2241

### Account Summary

| | |
|---|---|
| **Customer Name:** | SHILO INN MOTEL |
| **Account Number:** | 07016206 / Paid |
| **Customer Number:** | 701620602 |
| **Payment Due By:** | 07/07/2010 |
| **Billing Date:** | 05/08/2010 |
| **Service Period:** | 04/07/2010 TO 06/08/2010 |
| **Service Address:** | 3200 TEMPLE AV |

### Billing Details

| | |
|---|---|
| Previous Balance | $1,021.49 |
| Payment - Thank you! | -$998.96 |
| **BALANCE FORWARD:** | $-0.24 |
| **Water Charges:** Service Charge | 413.41 |
| | **$413.41** |
| **Utility Tax:** Utility Tax | 37.21 |
| | **$37.21** |
| **Current Charges:** | $450.62 |
| **Total Amount Due:** | $ 450.38 |

JUN 11 2010

Account # _____ Amount _____ Vendor # 7412

Account # 5435    Amount 450.38

04/07 - 06/08/10    TOTAL 450.38

Manager Approval: _____ Date: _____
Corporate: _____ Date: _____

### Please Note the Following

**Usage Analysis:**

| | |
|---|---|
| Present Read: 0 | Past Read: 0 |

Meter #01740854

Water Consumption this period: 0 HCF
Average water use this period: 0.000 HCF/Day

No History for Comparison

## AUTOPAY

Tired of writing checks? The City of Pomona now offers Electronic Funds transfer for your City Utility Bill. For more information, please contact Customer Service at (909) 620-2241 or visit our website at www.ci.pomona.ca.us.

## PAY BY PHONE

**PAY IT YOUR WAY WITH SPEEDPAY!** You can now pay your City of Pomona Utility Bill using your credit/debit card for a fee of $3.95 per $500 increment. Simply call toll free at (800) 555-4919 or online at Speedpay.com.

## WATER CONSERVATION

Due to continuing environmental concerns, the State will again be in a water supply shortage and require conservation. The City's Level 1 Water Conservation Schedule allows landscape watering 3 days per week from April through October as follows: odd address can water on Mon, Wed, & Fri; even addresses on Tues, Thurs, & Sat. Please call (909) 620-3628 for conservation tips. Office Hours: Monday - Thursday 7:30 AM - 6:00 PM.

# CITY OF POMONA

Public Works Department
505 South Garey Avenue
Pomona, CA 91766
Customer Service: (909) 620-2241

## Account Summary

**Customer Name:** SHILO NUI MOTEL
**Account Number:** 701620601 0510
**Customer Number:** 701620602
**Payment Due By:** 09/02/2010
**Billing Date:** 08/09/2010
**Service Period:** 06/08/2010 TO 08/09/2010
**Service Address:** 3200 TEMPLE AV

## Billing Details

| | |
|---|---|
| Previous Balance | $472.90 |
| Payment - Thank you! | $-450.38 |
| **BALANCE FORWARD(due immediately):** | **$22.52** |
| Water Charges: | |
| Service Charge | 425.11 |
| | $425.11 |
| Utility Tax: | |
| Utility Tax | 38.26 |
| | $38.26 |
| Current Charges: | $463.37 |
| **Total Amount Due:** | **$ 485.89** |

742

17   5425  463.37
     5868   22.52

6/8/10-  8/9/10

## Please Note the Following

Usage Analysis:



| | Present Read: | Past Read: |
|---|---|---|
| Meter #01740854 | 0 | 0 |

Water Consumption this period:        0 HCF
Average water use this period:     0.000 HCF/Day

No History for Comparison

### AUTOPAY

Tired of writing checks? The City of Pomona now offers Electronic Funds transfer for your City Utility Bill. For more information, please contact Customer Service at (909) 620-2241 or visit our website at www.ci.pomona.ca.us.

### PAY BY PHONE

PAY IT YOUR WAY WITH SPEEDPAY! You can now pay your City of Pomona Utility Bill using your credit/debit card for a fee of $3.95 per $500 increment. Simply call toll free at (800) 556-4919 or online at Speedpay.com.

### WATER CONSERVATION

Due to continuing environmental concerns, the State will again be in a water supply shortage and require conservation. The City's Level 1 Water Conservation Schedule allows landscape watering 3 days per week from April through October as follows: odd addresses can water on Mon, Wed, & Fri; even addresses on Tues, Thurs, & Sat. Please call (909) 620-3628 for conservation tips. Office Hours: Monday - Thursday 7:30 AM - 5:30 PM.

# EXHIBIT D



# CITY OF POMONA
**Public Works Department**
**505 South Garey Avenue**
**Pomona, CA 91766**
**Customer Service: (909) 620-2241**

AUG 1 0 2010

# STATEMENT OF SERVICES

## Account Summary

**Customer Name:** SHILO INN MOTEL
**Account Number:** 07008106  06 10
**Customer Number:** 00082062  0 0810
**Payment Due By:** 09/02/2010
**Billing Date:** 08/05/2010
**Service Period:** 06/07/2010 TO 08/03/2010
**Service Address:** 3200 TEMPLE AV

## Billing Details

| | |
|---|---|
| Previous Balance | $4,657.21 |
| Payment - Thank you! | $-4,475.76 |
| **BALANCE FORWARD:** | **$-2.10** |
| **Water Charges:** | |
| Service Charge | 471.41 |
| Water Consumption Charge | 2,824.14 |
| | **$3,295.55** |
| **Utility Tax:** | |
| Utility Tax | 296.60 |
| | **$296.60** |
| **Sewer Charges:** | |
| Sewer Service Charge | 5.31 |
| Usage Charge | 796.25 |
| | **$801.56** |
| **General Sanitation Fee (GSF):** | |
| General Sanitation Fee (GSF) | 86.85 |
| | **$86.85** |
| **Current Charges:** | $4,480.56 |
| **Total Amount Due:** | $ 4478.46 |

742

1 T  5425   3592.15
     5435    801.56
     5430     86.85
     5868   (2.10)

6/7/10 · 8/3/10

## Please Note the Following

Usage Analysis:



■ Current Usage  ▨ Prior Usage  —— 10% Conservation Target

| | Present Read: | Past Read: |
|---|---|---|
| Meter  #3938599 | 10582 | 9301 |
| | 3962 | 3575 |

Water Consumption this period: 1668 HCF
Average water use this period: 14.632 HCF/Day

Your average water consumption last year during this period was
6.258 HCF/Day

### AUTOPAY
Tired of writing checks? The City of Pomona now offers Electronic Funds transfer for your City Utility Bill. For more information, please contact Customer Service at (909) 620-2241 or visit our website at www.ci.pomona.ca.us.

### PAY BY PHONE
PAY IT YOUR WAY WITH SPEEDPAY! You can now pay your City of Pomona Utility Bill using your credit/debit card for a fee of $3.95 per $500 increment. Simply call toll free at (800) 556-4919 or online at Speedpay.com.

### WATER CONSERVATION
Due to continuing environmental concerns, the State will again be in a water supply shortage and require conservation. The City's Level 1 Water Conservation Schedule allows landscape watering 3 days per week from April through October as follows: odd addresses can water on Mon, Wed, & Fri; even addresses on Tues, Thurs, & Sat. Please call (909) 620-3628 for conservation tips. Office Hours: Monday - Thursday 7:30 AM - 5:30 PM.

# STATEMENT OF SERVICE

## CITY OF POMONA
Public Works Department
505 South Garey Avenue
Pomona, CA 91766
Customer Service: (909) 620-2241

### Account Summary

**Customer Name:** SHILO INN MOTEL
**Account Number:** 07008106/Cb6ID
**Customer Number:** 701620602
**Payment Due By:** 07/08/2010
**Billing Date:** 06/09/2010
**Service Period:** 04/12/2010 TO 06/07/2010
**Service Address:** 3200 TEMPLE AV

### Billing Details

| | |
|---|---|
| Previous Balance | $3,886.17 |
| Payment - Thank you! | $-3,671.04 |
| **BALANCE FORWARD(due immediately):** | **$215.13** |
| Water Charges: | |
| Service Charge | 459.45 |
| Water Consumption Charge | 2,680.52 |
| | **$3,139.97** |
| Utility Tax: | |
| Utility Tax | 282.60 |
| | **$282.60** |
| Sewer Charges: | |
| Sewer Service Charge | 5.09 |
| Usage Charge | 746.12 |
| | **$751.21** |
| General Sanitation Fee (GSF): | |
| General Sanitation Fee (GSF) | 86.85 |
| | **$86.85** |
| Current Charges: | |
| **Total Amount Due:** | **$4,260.63** |



447576

### Please Note the Following

**Usage Analysis:**

Legend: ■ Current Usage  ☐ Prior Usage  — 10% Conservation Target

| | Present Read: | Past Read: |
|---|---|---|
| Meter #3938599 | 9301 | 8088 |
| | 3575 | 3166 |
| Water Consumption this period: | | 1622 HCF |
| Average water use this period: | | 14.482 HCF/Day |

Your average water consumption last year during this period was 7.276 HCF/Day

#### AUTOPAY
Tired of writing checks? The City of Pomona now offers Electronic Funds transfer for your City Utility Bill. For more information, please contact Customer Service at (909) 620-2241 or visit our website at www.ci.pomona.ca.us.

#### PAY BY PHONE
PAY IT YOUR WAY WITH SPEEDPAY! You can now pay your City of Pomona Utility Bill using your credit/debit card for a fee of $3.95 per $500 increment. Simply call toll free at (800) 555-4919 or online at Speedpay.com.

#### WATER CONSERVATION
Due to continuing environmental concerns, the State will again be in a water supply shortage and require conservation. The City's Level 1 Water Conservation Schedule allows landscape watering 3 days per week from April through October as follows: odd addresses can water on Mon, Wed, & Fri; even addresses on Tues, Thurs., & Sat. Please call (909) 620-3628 for conservation tips. Office Hours: Monday - Thursday 7:30 AM - 6:00 PM.

STATEMENT OF SERVICE

## Please Note the Following

### Usage Analysis:



| | Present Road: | Past Road: |
|---|---|---|
| Meter #3938599 | 10582 | 9301 |
| | 3962 | 3575 |

Water Consumption this period: 1668 HCF
Average water use this period: 14,632 HCF/Day

Your average water consumption last year during this period was 6.258 HCF/Day

### AUTOPAY
Tired of writing checks? The City of Pomona now offers Electronic Funds transfer for your City Utility Bill. For more information, please contact Customer Service at (909) 620-2241 or visit our website at www.cl.pomona.ca.us.

### PAY BY PHONE
PAY IT YOUR WAY WITH SPEEDPAY! You can now pay your City of Pomona Utility Bill using your credit/debit card for a fee of $3.95 per $500 increment. Simply call toll free at (800) 558-4919 or online at Speedpay.com.

### WATER CONSERVATION
Due to continuing environmental concerns, the State will again be in a water supply shortage and require conservation. The City's Level 1 Water Conservation Schedule allows landscape watering 3 days per week from April through October as follows: odd addresses can water on Mon, Wed, & Fri; even addresses on Tues, Thurs, & Sat. Please call (909) 620-3628 for conservation tips. Office Hours: Monday - Thursday 7:30 AM - 5:30 PM.

---

## CITY OF POMONA
Public Works Department
505 South Garey Avenue
Pomona, CA 91766
Customer Service: (909) 620-2241

### Account Summary

| | |
|---|---|
| Customer Name: | SHILO INN HOTEL |
| Account Number: | 07008106 |
| Customer Number: | |
| Payment Due By: | 09/02/2010 |
| Billing Date: | 08/05/2010 |
| Service Period: | 06/07/2010 TO 08/03/2010 |
| Service Address: | 3200 TEMPLE AV |

### Billing Details

| | |
|---|---|
| Previous Balance | $4,657.21 |
| Payment - Thank you! | $-4,475.76 |
| **BALANCE FORWARD:** | **$-2.10** |
| **Water Charges:** | |
| Service Charge | 471.41 |
| Water Consumption Charge | 2,824.14 |
| | $3,295.55 |
| **Utility Tax:** | |
| Utility Tax | 296.60 |
| | $296.60 |
| **Sewer Charges:** | |
| Sewer Service Charge | 5.31 |
| Usage Charge | 796.25 |
| | $801.56 |
| **General Sanitation Fee (GSF):** | |
| General Sanitation Fee (GSF) | 86.85 |
| | $86.85 |
| **Current Charges:** | $4,480.56 |
| **Total Amount Due:** | $ 4478.46 |

3542.15
801.56
86.85
(2.10)

1T 5425
5435
5430
5868

6/7/10 - 8/3/10

# EXHIBIT E

**Qwest.**
*Spirit of Service®*

OCT 0 6 2010

September 19, 2010
Invoice 1129747518
Billing Cycle: 150-146          Page 1 of 7



SHILO INNS - POMONA DIAM BAR
Account # 82090587 / 0910
Phone # 909-598-0073

Contact Qwest

- Billing Inquiries and general information
  1-800-860-1020

- Go Green! Use QControl(R) at
  https://qcontrol.qwest.com to view your billing and
  service information on-line and enroll in Paperless
  Billing or One Page Direct.

Thank you for choosing Qwest.

### Bill Summary

| | |
|---|---|
| Previous Balance | $252.21 |
| No Payments Received | |
| Balance Forward | $252.21 |
| Current Charges | |
| Current Gross Charges | $540.00 |
| Government Fees & Taxes | $30.60 |
| Other Fees & Monthly Charges | $28.53 |
| Current Net Charges | $599.13 |
| Amount Due | $851.34 |

Account # 5723    Amount $599.13

Vendor # 28623
Account #    Amount

8/20/10 - 9/19/10

Manager Approval: ②    TOTAL $599.13
Corporate:    Date: 9/30/10
    Date:

### Invoice Contents
**Account Summaries**    **Starts on Page**
Your Account Balance.................................... 3
Service Summary............................................ 4
12-Month Review of Spending.................... 5
Custom Reports............................................. 6
Service Detail................................................. 7

6

Previous balances    252.21

005616 1/4



**Qwest**
*Spirit of Service®*

OCT 06 2010



September 19, 2010
Invoice 1129747519
Billing Cycle: 150-146        Page 1 of 7

SHILO INNS - POMONA DIAM BAR
Account # 82090587/0910
Phone # 909-598-0073

Contact Qwest

- Billing Inquiries and general information
  1-800-860-1020

- Go Green! Use QControl(R) at
  https://qcontrol.qwest.com to view your billing and
  service information on-line and enroll in Paperless
  Billing or One Page Direct.

## Bill Summary

| Previous Balance | |
|---|---|
| No Payments Received | $252.21 |
| Balance Forward | |
| Current Charges | $252.21 |
| Current Gross Charges | $540.00 |
| Government Fees & Taxes | $30.60 |
| Other Fees & Monthly Charges | $28.53 |
| Current Net Charges | $599.13 |
| **Amount Due** | **$851.34** |

Thank you for choosing Qwest.

0056161/4

Account #  72-3    Amount  $599.13

8/20/10 - 9/19/10

Vendor # 28623
Account #           Amount

### Invoice Contents
**Account Summaries**         Starts on Page
Your Account Balance........................ 3
Service Summary............................... 3
12-Month Review of Spending............ 4
Custom Reports................................. 5
Service Detail................................... 6
                                                    7

Manager Approval:
Corporate:              ②

TOTAL $599.13
Date: 9/30/10
Date:

Previous balances                                          6

252.21



**Qwest**
*Spirit of Service*



SHILO INS - POMONA HILLTOP
Account # 82090588 / 0810
Phone # 503-541-8565

SEP 0 7 2010

August 19, 2010
Invoice 1125168259
Billing Cycle: 150-145    Page 1 of 8

Contact Qwest

• Billing inquiries and general information
  1-800-860-1020

• Go Green! Use QControl(R) at
  https://qcontrol.qwest.com to view your billing and
  service information on-line and enroll in Paperless
  Billing or One Page Direct.

Thank you for choosing Qwest.

003724 1/5

### Bill Summary

| | |
|---|---|
| Previous Balance | $378.96 |
| Payment(s) Received, Thank You | $-378.96 |
| Late Payment Charge | $5.88 |
| Balance Forward | $5.88 |
| **Current Charges** | |
| Current Gross Charges | $540.00 |
| Discounts, Promotions, & Fees | $-340.00 |
| Government Fees & Taxes | $18.00 |
| Other Fees & Monthly Charges | $28.53 |
| Current Net Charges | $246.53 |
| **Amount Due** | **$252.21** |

Pomona Hilltop    Vendor # 28623
Account #    Amount    Account #    Amount
5223    246.53    5868    5.68

7/20/10 - 8/19/10

Manager Approval: ② Corporate:    TOTAL $252.21
Date: 8/6/10
Date:

### Invoice Contents
**Account Summary**

| | |
|---|---|
| Your Account Balance | 2 |
| Service Summary | 3 |
| 12-Month Review of Spending | 6 |
| Custom Reports | 7 |
| Service Detail | 8 |

| | 8 |
|---|---|
| Fed Telecom Relay Service | |
| | 1.33 |
| | $246.53 |
| Total SHILO INS - POMONA HILLTOP Current Net Charges | $246.53 |
| **Payments and Adjustments** | |
| Previous balances | |
| Payment Received - 8/17/2010 Thank You! | 378.96 |
| | -378.96 |

# EXHIBIT F



SOUTHERN CALIFORNIA
**EDISON**®

An *EDISON INTERNATIONAL*® Company

P.O. Box 300
Rosemead, CA
91772-0001
www.sce.com

# Your electricity bill

HEMSTREET, MARK PROPERTY DEVLP / Page 1 of 8

---

For billing and service inquiries call 1-800-990-7788,
Mon - Fri 7 a.m. to 7 p.m. and Saturday 8 a.m. to 5 p.m.
For emergency services call 24 hrs a day, 7 days a week

Date bill prepared: Nov 3 '10

**Customer account**     2-23-785-9616 / 1010
DEBTOR IN POSSESSION

11600 SW SHILO LN
PORTLAND, OR 97225-
5919

---

## Your account summary

| | |
|---|---|
| Amount of your last bill | $21,336.68 |
| Payment we received on Oct 08 '10 - thank you | -$10,599.44 |
| Past due amount | $10,737.24 |
| Your new charges | $6,255.22 |
| Late payment charge | $88.73 |
| Ⓢ **Total amount you owe** | **$17,081.19** |

NOV 16 2010

*CASH ONLY REMINDER*

*Because of previous payment history, you were
notified of a temporary restriction on accepting checks
as payment for your account. During this restriction
personal checks will not be processed for payment on
your account. If you choose to mail in your payment, it
must be in the form of a money order or cashier's
check. If payment is made at an authorized payment
agency, your payment must be in the form of cash,
money order, or cashier's check.*

---

## Summary of your billing detail

| Service account | Service address | Billing period | Your rate | New charges |
|---|---|---|---|---|
| SHILO INN DIAMOND BAR 3-020-2158-79 | 3200 W TEMPLE AVE POMONA, CA | Oct 1 '10 to Nov 2 '10 | GS-2 | $6,245.22 |
| SHILO INN DIAMOND BAR 3-020-2158-79 | 3200 W TEMPLE AVE POMONA, CA | Oct 1 '10 to Nov 2 '10 | GS-2 | $10.00 |
| | | | | **$6,255.22** |

31556

IT  5465  6255.22
     5868      88.73

---

(14-574)    Tear here          If you want to pay in person, call 1-800-747-8908 for locations.          Tear here

SOUTHERN CALIFORNIA
EDISON®
An EDISON INTERNATIONAL® Company

Customer account 2-23-785-9616

| | |
|---|---|
| Past due charges - pay immediately | $10,737.24 |
| New charges - pay by Nov 22 '10 | $6,343.95 |
| **Total amount you owe** | **$17,081.19** |
| Amount enclosed | $ 6343.95 |

HEMSTREET, MARK PROPERTY DEVLP
11600 SW SHILO LN
PORTLAND, OR 97225-5919

P.O. BOX 300
ROSEMEAD, CA  91772-0001

23 785 9616 10000855 00107372400063439500170811 9



SOUTHERN CALIFORNIA
**EDISON**®
An EDISON INTERNATIONAL® Company

P.O. Box 300
Rosemead, CA
91772-0001
www.sce.com

# Your electricity bill

HEMSTREET, MARK PROPERTY DEVLP / Page 1 of 10

For billing and service inquiries call 1-800-990-7788,
Mon - Fri 7 a.m. to 7 p.m. and Saturday 8 a.m. to 5 p.m.
For emergency services call 24 hrs a day, 7 days a week

Date bill prepared: Oct 2 '10

OCT 05 2010

| **Customer account** | 2-23-785-9616 |
| | DEBTOR IN POSSESSION |
| | 11600 SW SHILO LN |
| | PORTLAND, OR 97225-5919 |

## Your account summary

| | |
|---|---|
| Amount of your last bill | $22,959.20 |
| Payment we received on Sep 07 '10 - thank you | -$12,359.76 |
| Past due amount | $10,599.44 |
| Your new charges | $10,649.62 |
| Late payment charge | $87.62 |
| Ⓢ **Total amount you owe** | **$21,336.68** |

*CASH ONLY REMINDER*

*Because of previous payment history, you were notified of a temporary restriction on accepting checks as payment for your account. During this restriction personal checks will not be processed for payment on your account. If you choose to mail in your payment, it must be in the form of a money order or cashier's check. If payment is made at an authorized payment agency, your payment must be in the form of cash, money order, or cashier's check.*

## Summary of your billing detail

| Service account | Service address | Billing period | Your rate | New charges |
|---|---|---|---|---|
| SHILO INN DIAMOND BAR 3-020-2158-79 | 3200 W TEMPLE AVE POMONA, CA | Sep 1 '10 to Oct 1 '10 | GS-2 | $10,639.62 |
| SHILO INN DIAMOND BAR 3-020-2158-79 | 3200 W TEMPLE AVE POMONA, CA | Sep 1 '10 to Oct 1 '10 | GS-2 | $10.00 |
| | | | | $10,649.62 |

1T  5405  10649.62
    5868     87.62

9/1/10 - 10/1/10

| | | |
|---|---|---|
| Facilities related demand | 147 kW x $12.17000 | $1,780.17 |
| Energy summer | 56,642 kWh x $0.01629 | $922.70 |
| DWR bond charge | 56,642 kWh x $0.00515 | $291.71 |
| Customer charge | | $133.19 |
| **Generation charges** | | |
| *DWR* | | |
| Energy summer | 14,518 kWh x $0.03763 | $546.31 |
| *SCE* | | |
| Summer time related | 147 kW x $19.26000 | $2,831.22 |
| Energy summer | 42,124 kWh x $0.07702 | $3,244.39 |
| Subtotal of your new charges | | |
| Pomona UUT | $9,749.69 x 9.00000 % | $9,749.69 |
| State tax | 56,642 kWh x $0.00022 | $877.47 |
| | | $12.46 |
| **Your new charges** | | **$10,639.62** |

- $340.68 transmission charges
- $1,761.30 distribution charges
- $36.25 nuclear decommissioning charges
- $604.94 public purpose programs charge
- $79.30 new system generation charge

**Your Generation charges include:**
- $346.65 competition transition charge

**Your overall energy charges include:**
- $88.29 franchise fees

(Continued on next page)

## SOUTHERN CALIFORNIA EDISON®

*An EDISON INTERNATIONAL® Company*

P.O. Box 300
Rosemead, CA
91772-0001
www.sce.com

# Your electricity bill

**HEMSTREET, MARK PROPERTY DEVLP** / Page 1 of 8

For billing and service inquiries call 1-800-990-7788,
Mon - Fri 7 a.m. to 7 p.m. and Saturday 8 a.m. to 5 p.m.
For emergency services call 24 hrs a day, 7 days a week

Date bill prepared: Sep 2 '10

*SEP 0 7 2010*

*SocalEd/0810/LT*

| Customer account | 2-23-785-9616 |
| --- | --- |
| | DEBTOR IN POSSESSION |
| | 11600 SW SHILO LN |
| | PORTLAND, OR 97225-5919 |

## Your account summary

| | |
| --- | --- |
| Amount of your last bill | $12,359.76 |
| Past due amount | $12,359.76 |
| Your new charges | $10,497.31 |
| Late payment charge | $102.13 |
| ⓈTotal amount you owe | $23,051.20 |

*LT  5405  10497.36*
*5868  102.13*

*8/3/10 - 7/1/10*

**CASH ONLY REMINDER**

*Because of previous payment history, you were notified of a temporary restriction on accepting checks as payment for your account. During this restriction personal checks will not be processed for payment on your account. If you choose to mail in your payment, it must be in the form of a money order or cashier's check. If payment is made at an authorized payment agency, your payment must be in the form of cash, money order, or cashier's check.*

## Summary of your billing detail

| Service account | Service address | Billing period | Your rate | New charges |
| --- | --- | --- | --- | --- |
| SHILO INN DIAMOND BAR 3-020-2158-79 | 3200 W TEMPLE AVE POMONA, CA | Aug 3 '10 to Sep 1 '10 | GS-2 | $10,487.31 |
| SHILO INN DIAMOND BAR 3-020-2158-79 | 3200 W TEMPLE AVE POMONA, CA | Aug 3 '10 to Sep 1 '10 | GS-2 | $10.00 |
| | | | | **$10,497.31** |

---

**Tear here** — (16-574) — If you want to pay in person, call 1-800-747-8908 for locations. — **Tear here**

| | | |
| --- | --- | --- |
| Facilities rel demand | 133 kW x $12.11000 | $1,610.63 |
| Energy summer | 59,975 kWh x $0.01629 | $976.99 |
| DWR bond charge | 59,975 kWh x $0.00515 | $308.87 |
| Customer charge | | $133.19 |
| **Generation charges** | | |
| *DWR* | | |
| Energy summer | 15,264 kWh x $0.03763 | $574.38 |
| *SCE* | | |
| Summer time related | 133 kW x $19.26000 | $2,561.58 |
| Energy summer | 44,711 kWh x $0.07702 | $3,443.64 |
| Subtotal of your new charges | | $9,609.28 |
| Pomona UUT | $9,609.28 x 9.00000 % | $864.84 |
| State tax | 59,975 kWh x $0.00022 | $13.19 |
| **Your new charges** | | **$10,487.31** |

- *$306.13 transmission charges*
- *$1,637.40 distribution charges*
- *$38.38 nuclear decommissioning charges*
- *$640.53 public purpose programs charge*
- *$83.97 new system generation charge*

*Your Generation charges include:*
- *$367.05 competition transition charge*

*Your overall energy charges include:*
- *$87.02 franchise fees*

(Continued on next page)

# EXHIBIT G

**The Gas Company**
NOV 15 2010
A **Sempra Energy** utility®

ACCOUNT NUMBER 046 918 1805 0
SERVICE FOR
SHILO MANAGEMENT CORP --DP--
3200 W TEMPLE AVE
POMONA CA 91768-3283

DATE MAILED Nov 10, 2010          Page 1 of 4
24 Hour Service
**1-800-427-2000** *English*
1-800-427-6029 *Español*

www.socalgas.com          H  H

---

Did you overlook paying your last bill? Please pay the total amount due to avoid collection notices. Disregard this message if payment was already made. Thank you.

| | |
|---|---|
| **DATE DUE** | **Dec 3, 2010** |
| **AMOUNT DUE** | **$1,974.84** |

## Account Summary

| | |
|---|---|
| Previous Balance - Unpaid Amount Due Now | $963.36 |
| Payment Received | - .00 |
| Current Charges | + 1,011.48 |
| **Total Amount Due** | **$1,974.84** |

1.7% Late Payment Charge Due if Paid After DEC 07, 2010

## Current Charges

Rate: GN-10 - Non-Residential
Meter Number: 10136184 *(Next scheduled read date Dec 10 2010)*          Cycle:  7

| Billing Period | Days | Current Reading | Previous Reading | = Difference | x Billing Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|
| 10/11/10 - 11/08/10 | 28 | 68887 | 67702 | 1185 | 1.019 | | 1208 |

**GAS CHARGES**                                                                Amount($)

| | | |
|---|---|---|
| Customer Charge | 28 Days x $.49315 | 13.81 |
| Gas Transportation *(Details below)* | 1,208 Therms | |

| | Tier 1 | Tier 2 |
|---|---|---|
| Therms used | 250 | 958 |
| Rate/Therm | $.51487 | $.25616 |
| Charge | $128.72 | + $245.40 | = | 374.12 |

| | | |
|---|---|---|
| Gas Commodity | 1,208 Therms x $.38257 | 462.14 |
| | **Total Gas Charges** | **$850.07** |

**TAXES & FEES ON GAS CHARGES**                                          Amount($)

| | | |
|---|---|---|
| State Regulatory Fee | 1,208 Therms x $.00068 | .82 |
| Public Purpose Surcharge | 1,208 Therms x $.06380 | 77.07 |
| Pomona City Users Tax | $927.96 x 9.00% | 83.52 |
| | **Total Taxes and Fees on Gas Charges** | **$161.41** |

*(Continued on next page)*

### Gas Usage History *(Total Therms used)*



| | Nov 09 | Oct 10 | Nov 10 |
|---|---|---|---|
| Total Therms used | 1,225 | 1,164 | 1,208 |
| Daily average Therms | 42.2 | 37.6 | 43.1 |
| Days in billing cycle | 29 | 31 | 28 |

The Gas Company's Energy Resource Center offers valuable and informative seminars to help businesses like yours. For more information, visit www.socalgas.com/business

***Avoid holiday delays*** Our offices will be closed on Thanksgiving Day, November 25 and Friday, November 26, 2010. Call us early to schedule service.

1208
IT  5410  1011.48
10/11/10 - 11/8/10

*The Gas Company's gas commodity cost per therm for your billing period:*
Nov. . . . . . . . .$.34044    Oct. . . . . . . . .$.39942

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

**The Gas Company** A **Sempra Energy** utility®

Save Paper & Postage
PAY ONLINE
www.socalgas.com

ACCOUNT NUMBER
046 918 1805 0

SERVICE ADDRESS 3200 W TEMPLE AVE POMONA CA 91768-3283

6678.1.60.16948    1 oz.
SHILO MANAGEMENT CORP --DP--
11600 SW SHILO LN
PORTLAND OR 97225-5919

| | |
|---|---|
| **DATE DUE** | **Dec 3, 2010** |
| **AMOUNT DUE** | **$1,974.84** |

Please enter amount enclosed.

UNPAID PREVIOUS
BALANCE DUE NOW          $ 1011.48

*Write account number on check and make payable to The Gas Company.*

THE GAS COMPANY
PO BOX C
MONTEREY PARK CA 91756-5111



80 0469181805 00197484 09          0469181805 0010114805

**The Gas Company**
A **Sempra Energy** utility®

ACCOUNT NUMBER 046 916 1805 0 016
SERVICE FOR
SHILO MANAGEMENT CORP --DP--
3200 W TEMPLE AVE
POMONA CA 91768-3283

DATE MAILED Oct 13, 2010        Page 1 of 4
24 Hour Service
1-800-427-2000 *English*
1-800-427-6029 *Español*

www.socalgas.com

H   H

## Account Summary

OCT 1 8 2010

| | | |
|---|---|---|
| revious Balance - Unpaid Amount Due Now | | $948.68 |
| ayment Received | 10/11/10   THANK YOU | - 948.68 |
| urrent Charges | | + 963.36 |
| **otal Amount Due** | | **$963.36** |

7% Late Payment Charge Due if Paid After NOV 04, 2010

| | |
|---|---|
| DATE DUE | Nov 2, 2010 |
| AMOUNT DUE | $963.36 |

## urrent Charges

te: GN-10 - Non-Residential

ter Number:   10136184 *(Next scheduled read date Nov 8 2010)*        Cycle:   7

| ling Period | Days | Current Reading | Previous Reading | = Difference | x Billing Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|
| /10/10  - 10/11/10 | 31 | 67702 | 66559 | 1143 | 1.018 | | 1164 |

**AS CHARGES**

| | | Amount($) |
|---|---|---|
| ustomer Charge | 31 Days x $.49315 | 15.29 |
| as Transportation *(Details below)* | 1,164 Therms | |

| | Tier 1 | Tier 2 | |
|---|---|---|---|
| rms used | 250 | 914 | |
| e/Therm | $.51487 | $.25616 | |
| arge | $128.72 | + $234.13 | = 362.85 |

| | | Amount($) |
|---|---|---|
| as Commodity | 1,164 Therms x $.36996 | 430.63 |
| | **Total Gas Charges** | **$808.77** |

**XES & FEES ON GAS CHARGES**

| | | Amount($) |
|---|---|---|
| ate Regulatory Fee | 1,164 Therms x $.00068 | .79 |
| blic Purpose Surcharge | 1,164 Therms x $.06380 | 74.26 |
| mona City Users Tax | $883.82 x 9.00% | 79.54 |
| | **Total Taxes and Fees on Gas Charges** | **$154.59** |
| | **Total Current Charges** | **$963.36** |

1300
IT 5410 963.36
9/10/10 - 10/11/10

### Gas Usage History *(Total Therms used)*



| | Oct 09 | Sep 10 | Oct 10 |
|---|---|---|---|
| Total Therms used | 1,165 | 1,059 | 1,164 |
| Daily average Therms | 40.2 | 35.3 | 37.8 |
| Days in billing cycle | 29 | 30 | 31 |

**care** ***Special Discount*** You may be eligible for the California Alternate Rates for Energy (CARE) program. For more information or to apply online, go to www.socalgas.com/assistance/care. Or call 1-800-772-5050 to request an application.

**care** ***Descuento Especial*** Usted podría ser elegible para el programa de Tarifas Alternativas para Energía en California (CARE). Para más información o para aplicar, visite www.socalgas.com/sp/asistencia/care o llame al 1-800-772-5050.

*The Gas Company's gas commodity cost per therm for your billing period:*
Oct . . . . . . . $.39942      Sep . . . . . . . $.35376

**SE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)**

mark their lines in the area, too.
- Use only hand tools within 24 inches of each marked utility line to determine the exact locations of all lines before using any power excavation equipment in the area.
- Report any pipe damage by calling us immediately at **1-800-427-2200. No damage is too small to report.** Even a slight gouge, scrape or dent to a pipeline, its coating, or any component attached to or running along side the pipe, such as a wire, may cause a dangerous break or leak in the future.

### Markers indicate major pipelines near you

Markers purposely indicate **only** the general, not exact, location of buried gas pipelines or gas house piping.

- Special markers show the location of most major pipelines.
- Dead or dying vegetation in an otherwise moist area over or near pipeline areas.
- A fire or explosion near a pipeline.
- Dirt or water being thrown in the air.
- Exposed pipeline after an earthquake, fire, flood or other disaster.

* DO NOT rely on your sense of smell alone to alert you to a natural gas leak. You may not be able to smell the odor for a number of reasons, such as an impaired sense of smell; the normal inability to distinguish the odor because of prolonged exposure to it; because the odor is being masked by the presence of other odors; or, because the odor has been lost due to

uch as light a match, candle or cigarette.
- **Immediately evacuate the area,** and from a safe location, call The Gas Company at **1-800-427-2200** 24 hours a day, seven days a week; or call **911**.
- DO NOT attempt to control the leak or repair the damaged pipe.
- DO NOT turn electrical appliances or lights on or off or any equipment that could cause a spark. Motorized or electrically powered equipment or vehicles may create an ignition source if a gas leak is present. Safely abandon any motorized or powered equipment or vehicles.
- Gas leaking from a plastic pipe can create a static charge that can ignite the gas.

For more information, visit **www.socalgas.com/safety/.**



*Continued on back.*



ACCOUNT NUMBER (040 918 1805 0) 0910)
SERVICE FOR
SHILO MANAGEMENT CORP --DP--
3200 W TEMPLE AVE
POMONA CA 91768-3283



DATE MAILED (Sep 14, 2010)    Page 1 of 4
24 Hour Service
**1-800-427-2000** *English*
**1-800-427-6029** *Español*

www.socalgas.com    H H

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance - Unpaid Amount Due Now | | | $2,258.43 |
| Payment Received | 08/13/10 | THANK YOU | - 1,164.44 |
| Payment Received | 09/02/10 | THANK YOU | - 1,093.99 |
| Current Charges | | | + 952.39 |
| Deposit Interest Applied | | | - 3.71 |
| Total Amount Due | | | $948.68 |

.7% Late Payment Charge Due if Paid After OCT 06, 2010



DATE DUE    Oct 4, 2010

AMOUNT DUE    $948.68

## Current Charges    SEP 17 2010

ate: GN-10 - Non-Residential

eter Number:  10136184 *(Next scheduled read date Oct 11 2010)*    Cycle:    7

| Billing Period | Days | Current Reading | - | Previous Reading | = | Difference | x | Billing Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/11/10 - 09/10/10 | 30 | 66559 | | 65519 | | 1040 | | 1.018 | | 1059 |

### AS CHARGES

| | | Amount($) |
|---|---|---|
| ustomer Charge | 30 Days x $.49315 | 14.79 |
| as Transportation *(Details below)* | 1,059 Therms | |

| | Tier 1 | Tier 2 | | |
|---|---|---|---|---|
| erms used | 250 | 809 | | |
| te/Therm | $.51487 | $.25616 | | |
| arge | $128.72 | + $207.23 | = | 335.95 |
| as Commodity | | 1,059 Therms x $.42940 | | 454.73 |
| | | **Total Gas Charges** | | **$805.47** |

### XES & FEES ON GAS CHARGES

| | | Amount($) |
|---|---|---|
| ate Regulatory Fee | 1,059 Therms x $.00068 | .72 |
| iblic Purpose Surcharge | 1,059 Therms x $.06380 | 67.56 |
| mona City Users Tax | $873.75 x 9.00% | 78.64 |
| **Total Taxes and Fees on Gas Charges** | | **$146.92** |
| **Total Current Charges** | | **$952.39** |

### Gas Usage History (Total Therms used)

| | Sep 09 | Aug 10 | Sep 10 |
|---|---|---|---|
| Total Therms used | 1,027 | 1,161 | 1,059 |
| Daily average Therms | 34.2 | 40.0 | 35.3 |
| Days in billing cycle | 30 | 29 | 30 |

You can reduce energy costs by improving energy efficiency at your business. Try our free online Energy Savings Finder at www.socalgas.com/business to learn how.

Our records show this gas meter serves a business. If you believe you qualify for a residential rate, please call us at the telephone number shown.

The Gas Company's gas commodity cost per therm for your billing period:
Sep . . . . . . . .$.35376    Aug. . . . . . . .$.46722



ASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

high-efficiency clothes washers, dishwashers, water heaters, natural gas tankless water heaters, central natural gas furnaces, low-flow showerheads, as well as attic and wall insulation.

For added convenience, some products are eligible for instant rebates at the time of purchase through participating retailers. Before you shop, visit **www.socalgas.com/residential/savemoney/** for more details on product eligibility and information on instant rebate participating retailers, or call us at 1-888-431-2226.

Rebates are available on a first-come, first-served basis until funds are no longer available. To qualify, energy-efficient products must be purchased and installed on or after January 1, 2010.

The Gas Company is not responsible for any goods or services selected by the customer.

This program is funded by California utility customers and administered by Southern California Gas Company under the auspices of the California Public Utilities Commission.



*Continued on back.*

SHILO MANAGEMENT CORP
3200 W TEMPLE AVE
POMONA CA 91768-3285

| Date Mailed: Aug 13 2010 | | | |
|---|---|---|---|
| Rate | Climate Zone | | |
| GN-10 | | | |

Billing Period    Meter     Readings
From    To        Number    Prev    Pres
07/13/10  08/11/10  10136184  64376   65519

Next Meter Reading Date on or about: Sep 10 2010

## Summary of Charges

| | | Amount |
|---|---|---|
| Customer Charge | 29 Days × 0.49315 | 14.30 |
| Commodity Tier 1 | 250 Therms × 0.98424 | 246.06 |
| Commodity Tier 2 | 911 Therms × 0.72553 | 660.96 |
| **Gas Charges** | | **921.32** |
| State Regulatory Fee | 1161 Therms × 0.00068 | 0.79 |
| Public Purpose Surcharge | 1161 Therms × 0.06380 | 74.07 |
| POMONA City Users Tax | 9% | 89.66 |
| **Taxes & Fees on Gas Charges** | | **164.52** |
| **Total Gas Charges Including Taxes and Fees** | | **1,085.84** |
| Late Payment Amount | | 8.15 |
| **Total Other Charges** | | **8.15** |

Last Payment: Jul 15  2010      1,062.98

| | |
|---|---|
| Total Current Gas Charges | 1,085.84 |
| Total Other Charges | 8.15 |
| Previous Balance | 1,164.44 |
| **Total Amount Due** | **2,258.43** |

.7% Late Payment Charge Due if Paid After Sep 07, 2010

*(handwritten notes: 1306 / IT 5410 108584 / 5868 8.15 / 1093.99 / 7/13/10 - 8/11/10)*

Our rebate program offers money back on qualified items such as boilers, steam traps, pipe and tank insulation and more. Visit www.socalgas.com/rebates/ for info.

Save on energy costs. Try our free online energy surveys for your home or business. Visit www.socalgas.com/rebates/ and look for "Take an Energy Survey."

| Energy Comparison | This Year Days | Therms | Daily Average | Last Year Days | Therms | Daily Average |
|---|---|---|---|---|---|---|
| Aug | 29 | 1161 | 40.03 | 31 | 1048 | 33.81 |
| Jul | 32 | 1293 | 40.41 | 29 | 1065 | 36.72 |
| Jun | 30 | 1205 | 40.17 | 30 | 960 | 32.00 |

# EXHIBIT H

**The Gas Company**

A *Sempra Energy* utility®

NOV 1 5 2010

ACCOUNT NUMBER 049 018 1849 4 /ITLD
SERVICE FOR

SHILO MANAGEMENT CORP
3200 W TEMPLE AVE
POOL
POMONA CA 91768-3283

DATE MAILED Nov 10, 2010        Page 1 of 4
24 Hour Service

**1-800-427-2000** *English*
**1-800-427-6029** *Español*

www.socalgas.com                     H  H

---

☛ Did you overlook paying your last bill? Please pay the total amount due to avoid collection notices. Disregard this message if payment was already made. Thank you.

## Account Summary

| | |
|---|---|
| Previous Balance - Unpaid Amount Due Now | $244.85 |
| Payment Received | - .00 |
| Current Charges | 596.80 |
| **Total Amount Due** | **$841.65** |

.7% Late Payment Charge Due if Paid After DEC 07, 2010

## Current Charges

Rate: GN-10 - Non-Residential

Meter Number:  04753058 *(Next scheduled read date Dec 10 2010)*        Cycle:   7

| Billing Period | Days | Current Reading | Previous Reading | = Difference | x Billing Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|
| 10/11/10 - 11/08/10 | 28 | 37451 | 36796 | 655 | 1.019 | | 667 |

**GAS CHARGES**                                             Amount($)

| | | |
|---|---|---|
| Customer Charge | 28 Days x $.49315 | 13.81 |

Gas Transportation *(Details below)*        667 Therms

| | Tier 1 | Tier 2 |
|---|---|---|
| Therms used | 250 | 417 |
| Rate/Therm | $.51487 | $.25616 |
| Charge | $128.72 | + $106.82 = | 235.54 |

| | | |
|---|---|---|
| Gas Commodity | 667 Therms x $.38257 | 255.17 |
| | **Total Gas Charges** | **$504.52** |

**TAXES & FEES ON GAS CHARGES**                             Amount($)

| | | |
|---|---|---|
| State Regulatory Fee | 667 Therms x $.00068 | .45 |
| Public Purpose Surcharge | 667 Therms x $.06380 | 42.55 |
| Pomona City Users Tax | $547.52 x 9.00% | 49.28 |
| | **Total Taxes and Fees on Gas Charges** | **$92.28** |

*(Continued on next page)*

---

DATE DUE        Dec 3, 2010

AMOUNT DUE    $841.65

**Gas Usage History** *(Total Therms used)*



| | Nov 09 | Oct 10 | Nov 10 |
|---|---|---|---|
| Total Therms used | 525 | 222 | 667 |
| Daily average Therms | 18.1 | 7.2 | 23.8 |
| Days in billing cycle | 29 | 31 | 28 |

❝❞ The Gas Company's Energy Resource Center offers valuable and informative seminars to help businesses like yours. For more information, visit www.socalgas.com/business

❝❞ ***Avoid holiday delays*** Our offices will be closed on Thanksgiving Day, November 25 and Friday, November 26, 2010. Call us early to schedule service.

*[handwritten: 1304 IT 5410 596.80 10/11/10 - 11/8/10]*

The Gas Company's gas commodity cost per therm for your billing period:
Nov. . . . . . . . $.34044    Oct. . . . . . . . $.39942

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

**The Gas Company**  A *Sempra Energy* utility®

Save Paper & Postage
PAY ONLINE
www.socalgas.com

ACCOUNT NUMBER
049 018 1849 4

SERVICE ADDRESS  3200 W TEMPLE AVE POOL POMONA CA 91768-3283

DATE DUE        Dec 3, 2010

AMOUNT DUE    $841.65

Please enter amount enclosed.

UNPAID PREVIOUS BALANCE DUE NOW    $ *546.80*

Write account number on check and make payable to The Gas Company.

6678.1.61.17108    1 oz.

SHILO MANAGEMENT CORP
11600 SW SHILO LN
PORTLAND OR 97225-5919

THE GAS COMPANY
PO BOX C
MONTEREY PARK CA 91756-5111



80  0490181849  00084165  44        0490181849  0005968043



| | |
|---|---|
| ACCOUNT NUMBER 049 018 1849 4 (010) | DATE MAILED Oct 13, 2010 |
| SERVICE FOR | 24 Hour Service | Page 1 of 4 |
| SHILO MANAGEMENT CORP | 1-800-427-2000 *English* |
| 3200 W TEMPLE AVE | 1-800-427-6029 *Español* |
| POOL | |
| POMONA CA 91768-3283 | |
| | www.socalgas.com |

## Account Summary

OCT 18 2010

| | | | |
|---|---|---|---|
| Previous Balance – Unpaid Amount Due Now | | | $243.73 |
| Payment Received | 10/11/10 | THANK YOU | – 243.73 |
| Current Charges | | | + 246.37 |
| Deposit Interest Applied | | | – 1.52 |
| **Total Amount Due** | | | **$244.85** |

7% Late Payment Charge Due If Paid After NOV 04, 2010

| DATE DUE | Nov 2, 2010 |
|---|---|
| AMOUNT DUE | $244.85 |

### Current Charges

Rate: GN-10 - Non-Residential

Meter Number: 04753058 *(Next scheduled read date Nov 8 2010)*     Cycle: 7

| Billing Period | Days | Current Reading | Previous Reading | = Difference | x Billing Factor | Total Therms |
|---|---|---|---|---|---|---|
| 9/10/10 - 10/11/10 | 31 | 36796 | 36578 | 218 | 1.018 | 222 |

#### GAS CHARGES

| | | | Amount($) |
|---|---|---|---|
| Customer Charge | 31 Days x $.49315 | | 15.29 |
| Gas Transportation *(Details below)* | 222 Therms | | |

| | Tier 1 | |
|---|---|---|
| Therms used | 222 | |
| $/Therm | $.51487 | |
| | $114.30 | |
| | = | 114.30 |
| Commodity | 222 Therms x $.36996 | 82.13 |
| | **Total Gas Charges** | **$211.72** |

#### TAXES & FEES ON GAS CHARGES

| | | Amount($) |
|---|---|---|
| State Regulatory Fee | 222 Therms x $.00068 | .15 |
| Public Purpose Surcharge | 222 Therms x $.06380 | 14.16 |
| Pomona City Users Tax | $226.03 x 9.00% | 20.34 |
| | **Total Taxes and Fees on Gas Charges** | **$34.65** |
| | **Total Current Charges** | **$246.37** |

13049
IT 5410 244.85
9/10/10 - 10/11/10

### Gas Usage History *(Total Therms used)*



OCT NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP OCT

| | Oct 09 | Sep 10 | Oct 10 |
|---|---|---|---|
| Total Therms used | 224 | 207 | 222 |
| Daily average Therms | 7.7 | 6.9 | 7.2 |
| Days in billing cycle | 29 | 30 | 31 |

**\*\*\*Special Discount\*\*\*** You may be eligible for the California Alternate Rates for Energy (CARE) program. For more information or to apply online, go to www.socalgas.com/assistance/care. Or call 1-800-772-5050 to request an application.

**\*\*\*Descuento Especial\*\*\*** Usted podría ser elegible para el programa de Tarifas Alternativas para Energía en California (CARE). Para más información o para aplicar, visite www.socalgas.com/sp/asistencia/care o llame al 1-800-772-5050.

The Gas Company's gas commodity cost per therm for your billing period:
Oct . . . . . . . . $.39942     Sep . . . . . . . . $.35376

---

KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

mark their lines in the area below.

- **Use** only hand tools within 24 inches of each marked utility line to determine the exact locations of all lines before using any power excavation equipment in the area.
- **Report** any pipe damage by calling us immediately at **1-800-427-2200. No damage is too small to report.** Even a slight gouge, scrape or dent to a pipeline, its coating, or any component attached to or running along side the pipe, such as a wire, may cause a dangerous break or leak in the future.

### Markers indicate major pipelines near you

Markers purposely indicate **only** the general, not exact, location of buried

- Special markers show the location of most major pipelines.
- Dead or dying vegetation in an otherwise moist area over or near pipeline areas.
- A fire or explosion near a pipeline.
- Dirt or water being thrown in the air.
- Exposed pipeline after an earthquake, fire, flood or other disaster.

\* DO NOT rely on your sense of smell alone to alert you to a natural gas leak. You may not be able to smell the odor for a number of reasons, such as an impaired sense of smell; the normal inability to distinguish the odor because of prolonged exposure to it; because the odor is being masked by the presence of other odors; or, because the odor has been lost due to

a safe location, call The Gas Company at **1-800-427-2200** 24 hours a day, seven days a week; or call **911.**

- DO NOT attempt to control the leak or repair the damaged pipe.
- DO NOT turn electrical appliances or lights on or off or any equipment that could cause a spark. Motorized or electrically powered equipment or vehicles may create an ignition source if a gas leak is present. Safely abandon any motorized or powered equipment or vehicles.
- Gas leaking from a plastic pipe can create a static charge that can ignite the gas.

For more information, visit **www.socalgas.com/safety/.**

Continued on back.



**The Gas Company**

A ⓈSempra Energy *utility®*

| | |
|---|---|
| **ACCOUNT NUMBER** 049 018 1849 4 / 0910 | |
| **SERVICE FOR** | **DATE MAILED** Sep 14, 2010    Page 1 of 4. |
| SHILO MANAGEMENT CORP | 24 Hour Service |
| 3200 W TEMPLE AVE | **1-800-427-2000** *English* |
| POOL | **1-800-427-6029** *Español* |
| POMONA CA 91768-3283 | www.socalgas.com    H H |

## Account Summary

SEP 17 2010

| | | | |
|---|---|---|---|
| Previous Balance - Unpaid Amount Due Now | | | $666.78 |
| Payment Received | 08/13/10 | THANK YOU | - 408.28 |
| Payment Received | 09/02/10 | THANK YOU | - 258.50 |
| Current Charges | | | + 243.73 |
| **Total Amount Due** | | | **$243.73** |

.7% Late Payment Charge Due if Paid After OCT 06, 2010

| | |
|---|---|
| **DATE DUE** | Oct 4, 2010 |
| **AMOUNT DUE** | $243.73 |

## Current Charges

Rate: GN-10 - Non-Residential

Meter Number:  04753058 *(Next scheduled read date Oct 11 2010)*    Cycle:  7

| Billing Period | Days | Current Reading | - | Previous Reading | = | Difference | x | Billing Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/10 - 09/10/10 | 30 | 36578 | | 36375 | | 203 | | 1.018 | | 207 |

**GAS CHARGES**

| | | Amount($) |
|---|---|---|
| Customer Charge | 30 Days x $.49315 | 14.79 |
| Gas Transportation *(Details below)* | 207 Therms | |

| | Tier 1 | |
|---|---|---|
| Therms used | 207 | |
| Rate/Therm | $.51487 | |
| Charge | $106.58 | |
| | | 106.58 |

| | | |
|---|---|---|
| Gas Commodity | 207 Therms x $.42940 | 88.89 |
| | **Total Gas Charges** | **$210.26** |

**TAXES & FEES ON GAS CHARGES**

| | | Amount($) |
|---|---|---|
| State Regulatory Fee | 207 Therms x $.00068 | .14 |
| Public Purpose Surcharge | 207 Therms x $.06380 | 13.21 |
| Pomona City Users Tax | $223.61 x 9.00% | 20.12 |
| | **Total Taxes and Fees on Gas Charges** | **$33.47** |
| | **Total Current Charges** | **$243.73** |

### Gas Usage History *(Total Therms used)*



| | Sep 09 | Aug 10 | Sep 10 |
|---|---|---|---|
| Total Therms used | 218 | 210 | 207 |
| Daily average Therms | 7.3 | 7.2 | 6.9 |
| Days in billing cycle | 30 | 29 | 30 |

**GG** You can reduce energy costs by improving energy efficiency at your business. Try our free online Energy Savings Finder at www.socalgas.com/business to learn how.

✓ Our records show this gas meter serves a business. If you believe you qualify for a residential rate, please call us at the telephone number shown.

*The Gas Company's gas commodity cost per therm for your billing period:*
Sep.........$.35376    Aug.........$.46722

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

high efficiency clothes washers, high efficiency dishwashers, water heaters, natural gas tankless water heaters, central natural gas furnaces, low-flow showerheads, as well as attic and wall insulation.

For added convenience, some products are eligible for instant rebates at the time of purchase through participating retailers. Before you shop, visit **www.socalgas.com/residential/savemoney/** for more details on product eligibility and information on instant rebate participating retailers, or call us at 1-888-431-2226.

Rebates are available on a first-come, first-served basis until funds are no longer available. To qualify, energy-efficient products must be purchased and installed on or after January 1, 2010.

The Gas Company is not responsible for any goods or services selected by the customer.

This program is funded by California utility customers and administered by Southern California Gas Company under the auspices of the California Public Utilities Commission.



Continued on back.

SHILO MANAGEMENT CORP
4200 W TEMPLE AVE
POOL
POMONA CA 91768-325

| Date Mailed | Aug 13, 2010 | | | |
|---|---|---|---|---|
| Rate | Climate Zone | | | |
| GN-10 | | | | |

| Billing Period | | Meter | Readings | | | Difference | |
| From | To | Number | Prev | Pres | | | |
| 07/13/10 | 08/11/10 | 04753058 | 36168 | 36375 | | 207 | |

Next Meter Reading Date on or about: Sep 10, 2010

**Summary of Charges**

| | | | Amount |
|---|---|---|---|
| Customer Charge | 29 Days | x 0.49315 | 14.50 |
| Commodity Tier 1 | 210 Therms | x 0.9842 | 206.99 |
| **Gas Charges** | | | 220.99 |
| | | | |
| State Regulatory Fee | 210 Therms | x 0.00068 | 0.14 |
| Public Purpose Surcharge | 210 Therms | x 0.06380 | 13.60 |
| POMONA City Users Tax | | 9% | 21.11 |
| **Taxes & Fees on Gas Charges** | | | 34.65 |
| | | | |
| **Total Gas Charges Including Taxes and Fees** | | | 255.64 |
| | | | |
| Late Payment Amount | | | 2.86 |
| **Total Other Charges** | | | 2.86 |

Last Payment: Jul 15  2010          430.17

| | |
|---|---|
| Total Current Gas Charges | 255.64 |
| Total Other Charges | 2.86 |
| Previous Balance | 408.28 |
| **Total Amount Due** | **666.78** |

.7% Late Payment Charge Due if Paid After Sep 07, 2010

*Handwritten:*
1306
1T 5410  255.64
5868   2.86
        258.50
7/13/10 - 8/11/10

Our rebate program offers money back on qualified items such as boilers, steam traps,
pipe and tank insulation and more. Visit www.socalgas.com/rebates/ for info.

Save on energy costs. Try our free online energy surveys for your home or business. Visit
www.socalgas.com/rebates/ and look for "Take an Energy Survey."

| Energy Comparison | This Year Days | Therms | Daily Average | Last Year Days | Therms | Daily Average |
|---|---|---|---|---|---|---|
| Aug | 29 | 210 | 7.24 | 31 | 232 | 7.48 |
| Jul | 32 | 384 | 12.00 | 29 | 568 | 20.28 |
| Jun | 30 | 424 | 14.13 | 30 | 284 | 9.47 |

PAST DUE

# EXHIBIT I

# tw)telecom

on behalf of tw telecom of california l.p. U-5358-C

**Invoice for Telecom Services**

**NEED ASSISTANCE?**

For Customer Care or
24-hour Maintenance:
(800) 829-0420

Pay or View Your Bill Online or
Enroll in Auto Bill Pay go to
https://customerportal.twtelecom.com

**Account Number** 34498 1010

**Invoice Number:** 03803822

**Bill Date:** October 1, 2010

OCT 2 7 2010

```
AAB  B  24   1   1AUTO**MIXED AADC 13
SHILO INN - POMONA
ATTN: ACCOUNTS PAYABLE
3200 TEMPLE AVE
POMONA, CA 91768
```

Pomona _____ Vendor # 24685

| Account # | Amount | Account # | Amount |
|-----------|--------|-----------|--------|
| 5723 | 863.41 | | |
| 5568 | 8.67 | | |

10/1/10 - 10/31/10    TOTAL $872.08

Manager Approval: _____    Date: 10/20/10

Corporate: _____    Date: _____

**A BALANCE DUE, PAYMENTS, ADJUSTMENTS**
Balance Due From a Previous Statement                     $1,774.09
Payments                                                          ($895.45)
         **TOTAL Balance Due For Section A**              **$878.64** pd

**CURRENT MONTH ACCOUNT CHARGES SUMMARY**
C  Basic Service                                             $383.08
D  Call Management                                            $17.80
E  Internet & Data                                           $400.00
G  Late Payment, Installation and Other Charges               $8.67
H  Local Calls                                                $17.06
I  Intralata and/or Long Distance Calls                      $45.47
                   **TOTAL For The Current Month**        **$872.08**
                   **TOTAL Balance Due From Section A**   **$878.64**
         **TOTAL Amount Due Please Pay By 10/31/10**      **$1,750.72**

The 4th Quarter 2010 Federal Universal
Service Fund (USF) rate has decreased
from 13.6% to 12.9%.

Your account is past due and subject to a late payment charge.

Please detach and return this remittance portion with your check in the enclosed envelope.

# tw)telecom

☐ Check box for address change and complete form on reverse

**tw telecom**
PO BOX 172567
DENVER, CO 80217-2567

Invoice Telephone Number: 909-598-0073

Account Number:  34498     Invoice Number: 03803822

SHILO INN - POMONA

Bill Date: October 1, 2010

Due Date: October 31, 2010

**Amount Due: $1,750.72**

If payment by Check, please include your Account Number

Amount Paid:_____

1000000000034498201010010000000380382200000872080000175072 0



**tw telecom**

on behalf of tw telecom of california l.p. U-5358-C

**Invoice for Telecom Services**

**NEED ASSISTANCE?**
For Customer Care or
24-hour Maintenance:
(800) 829-0420

Pay or View Your Bill Online or
Enroll in Auto Bill Pay go to
https://customerportal.twtelecom.com

Account Number **34498** **0910**

Invoice Number: 03747637

Bill Date: **September 1, 2010**

SEP 2 2 2010

AAB  B  24   1    1AUTO**MIXED AADC 13
SHILO INN - POMONA
ATTN: ACCOUNTS PAYABLE
3200 TEMPLE AVE
POMONA, CA 91768

| Pomona | | Vendor # 24685 | |
|---|---|---|---|
| Account # | Amount | Account # | Amount |
| 6130 | 869.52 | | |
| 5723 | | | |
| 5868 | 9.12 | | |

9/1/10 - 9/30/10          TOTAL $878.64

Manager Approval: _____   Date: 9/6/10
Corporate: _____   Date: _____

**A BALANCE DUE, PAYMENTS, ADJUSTMENTS**
Balance Due From a Previous Statement                     $1,782.56
Payments                                                  ($887.11)
                    **TOTAL Balance Due For Section A**   **$895.45** P

**CURRENT MONTH ACCOUNT CHARGES SUMMARY**
C Basic Service                                           $383.60
D Call Management                                         $17.80
E Internet & Data                                         $400.00
G Late Payment, Installation and Other Charges            $9.12
H Local Calls                                             $19.89
I Intralata and/or Long Distance Calls                    $48.23

                    **TOTAL For The Current Month**       **$878.64**
                    **TOTAL Balance Due From Section A**   **$895.45**
                    **TOTAL Amount Due Please Pay By 9/30/10**  **$1,774.09**

The 3rd Quarter 2010 Federal Universal
Service Fund (USF) rate has decreased
from 15.3% to 13.6%.

Your account is past due and subject to a late payment charge.

# tw telecom.

on behalf of tw telecom of california l.p. U-5358-C.

**Invoice for Telecom Services**

**NEED ASSISTANCE?**

For Customer Care or 24-hour Maintenance: (800) 829-0420

Pay or View Your Bill Online or Enroll in Auto Bill Pay go to https://customerportal.twtelecom.com

**Account Number** 34498 0810

**Invoice Number:** 03695290

**Bill Date:** August 1, 2010

AUG 18 2010

Pomona _____    Vendor # 24685

| Account # | Amount | Account # | Amount |
|-----------|--------|-----------|--------|
| 5723 | 886.41 | | |
| 5173 5868 | 9.04 | | |

$1/1/10 - 8/31/10

TOTAL $895.45

Manager Approval: ___    Date: 8/13/10
Corporate: ___    Date: ___

ⁿⁱⁱⁱ barcode
AAB  B  24   1   1AUTO**MIXED AADC 13
SHILO INN - POMONA
ATTN: ACCOUNTS PAYABLE
3200 TEMPLE AVE
POMONA, CA 91768

**A BALANCE DUE, PAYMENTS, ADJUSTMENTS**
Balance Due From a Previous Statement ........... $1,756.39
Payments .......... ($869.28)

**TOTAL Balance Due For Section A** ........ **$887.11**

**CURRENT MONTH ACCOUNT CHARGES SUMMARY**
C Basic Service .......... $383.60
D Call Management .......... $17.80
E Internet & Data .......... $400.00
G Late Payment, Installation and Other Charges .......... $9.04
H Local Calls .......... $25.01
I Intralata and/or Long Distance Calls .......... $60.00

**TOTAL For The Current Month** ........ **$895.45**
**TOTAL Balance Due From Section A** ........ **$887.11**
**TOTAL Amount Due Please Pay By 8/31/10** ........ **$1,782.56**

The 3rd Quarter 2010 Federal Universal Service Fund (USF) rate has decreased from 15.3% to 13.6%.

Your account is past due and subject to a late payment charge.

---

AUGUST 01
Account Num
Invoice Numi

**A. BALANCE DUE, PAYMENTS, ADJUSTMENTS**
Balance Due From a Previous Statement
Payments
Thank you Payment Received
Thank you Payment Received

Adjustment(s)

Total Paym

Total Adjustm
**TOTAL AMOUNT DUE FOR SECTIO**

**C. BASIC SERVICE**
Location ID: 23951
Location Name: SHILO INN - POMONA
Location Address: 3200 Temple, POMONA, CA 91768

Type of Service                                        PON
Local Loop Charges
Federal Subscriber Line Charge
VersiPak OFH Mess TW Dig Tk 36
Long Distance LDSPA T3_2

Charge From & To
08/01/10 - 08/31/10
08/01/10 - 08/31/10
08/01/10 - 08/31/10
08/01/10 - 08/31/10
08/01/10 - 08/31/10

**TOTAL Lo**
**TOTAL Charges Without T₁**

Taxes, Fe
Fe
Federal Universal Service Fund
California Teleco
CA High Cost Fund Surc
CA High Cost F
CA Relay Service and Communication
Emergency Telephone
Stat
Universal Lifeline Telephone Servi

**TOTAL Ta**
**TOTAL CHARGES F**

**CALL MANAGEMENT**
cation ID: 23951
cation Name: SHILO INN - POMONA
cation Address: 3200 Temple, POMONA, CA 91768

pe of Service                                        PON
D Nitos-Initial Bocs of 10
ain Listing
ividual Telephone Number

Charge From & To
08/01/10 - 08/31/10
08/01/10 - 08/31/10
08/01/10 - 08/31/10

**TOTAL Loc**
**TOTAL Charges Without Ta**

# EXHIBIT J



Billing Date: 10/04/10  Page 1 of 4
Telephone Number : 909 594-5862  020406
Account Number: 01 2560 1218073306 10
How to Reach Us : See page 2

594 5862/1010

SHILO HOTEL-POMONA

**Account Summary**

| Previous Charges | $ 2,412.91 |
| Payment Received on Sep 29. | − 1,216.16 |
| **Past Due Charges (please pay now)** | **$ 1,196.75** pd |

**New Charges**

| Verizon (page 3) | $ 1,176.43 |
| **Total New Charges Due  Oct 28, 2010** | **$ 1,176.43** |

To avoid a late payment charge, payment
must be received before Nov 4, 2010

**Total Due**        **$ 2,373.18**

OCT 27 2010

Pomona _____      Vendor # 686

| Account # | Amount | Account # | Amount |
| 5733 | 1157.80 | | |
| 5868 | 18.63 | | |

1C14170 - 913110        TOTAL $1176.43

Manager Approval: _____ CD_____  Date: 10/26/10
Corporate: _____  Date: _____

**Mail Payments To:**
Verizon California, PO Box 920041, Dallas, TX 75392-0041

**Change of billing address?**
Go to verizon.com/billingaddress or call us.

**see other side for important regulatory messages**

● ■
◆ ◇

*Getting the Best Value?*

*Make sure. Today's business
environment is a challenge. To be
ready for it, call today for a FREE
account review. You'll get info on the
newest discounts, bundles & products
to help your business succeed.
Call 1-866-520-5293 today!*

◆◆◆
◆◆◆

*Don't Risk Your Phones!*

*No phone service means no business.
With Verizon, you can depend on the
network with 99.9% voice reliability.
So why risk going anywhere else?
Call 1-888-842-8039 to learn more.*

◆◆◆
◆◆◆

*Don't Have a Website?*

*In today's environment you know you
need a Website but you may need
help to get one. Only Verizon brings
your communications needs together
with a simple & cost effective way of
promoting your business on the Web -
Introducing Verizon Websites powered
by Intuit! Call today: 1-888-376-3370.*

---

▼ Detach & return payment slip with your check, payable to Verizon.

Account:      01 2560 1218073306 10      210*HBRDA1
00009420 020000069157
New Charges Due: Oct 28, 2010      01-CA      2560
9095945862   20020406

**Total Due:   $ 2,373.18**      100410

Amount Paid :

$ ☐☐☐☐☐☐

00009420 01 AV  0.335  DC100411 0060
SHILO HOTEL-POMONA
SHILO HOTEL-POMONA
3200 TEMPLE AV
POMONA CA  91768-3283

VERIZON CALIFORNIA
PO Box 920041
Dallas, TX 75392-0041

01 2560 1218073306 10N00000119675 00000237318 08

# verizon

SHILO HOTEL-POMONA

Billing Date: 09/04/10   Page 1 of 4
Telephone Number : 909 594-5862 020406
Account Number: 01 2560 1218073306 10
How to Reach Us : See page 2

594 5862/0910

SEP 20 2010

## Account Summary

| | |
|---|---|
| Previous Charges | $ 3,591.56 |
| Payment(s) received. Thank you. | − 2,375.40 |
| Past Due Charges (please pay now) | $ 1,216.16 pd |

**New Charges**

| | |
|---|---|
| Verizon (page 3) | $ 1,196.75 |
| Total New Charges Due  Sep 28, 2010 | $ 1,196.75 |

To avoid a late payment charge, payment
must be received before Oct 5, 2010.

| **Total Due** | **$2,412.91** |
|---|---|

*Getting the Best Value?*

Make sure. Today's business
environment is a challenge. To be
ready for it, call today for a FREE
account review. You'll get info on the
newest discounts, bundles & products
to help your business succeed.
Call 1-866-520-5293 today!

*Don't Have a Website?*

Know you should have a Website but
need help getting one? Get Verizon
websites powered by Intuit - a simple,
effective way of promoting your
business on the Web. Get 1 year FREE
for a limited time w/purchase of a
qualifying bundle. Call 1-888-376-3370
Broadband eligible customers only.

*Don't Risk Your Phones!*

No phone service means no business.
With Verizon, you can depend on the
network with 99.9% voice reliability.
So why risk going anywhere else?
Call 1-888-842-8039 to learn more.

Pomona
Account #   Amount   Vendor # 686   
5723   # 1161.13   Account #
5868   3562
94110 10/3/10

TOTAL $1196.75
Manager Approval:   ② Date: 9/16/10
Corporate:   Date:

**Mail Payments To:**
Verizon California, PO Box 920041, Dallas, TX 75392-0041

**Change of billing address?**
Go to verizon.com/billingaddress or call us.

**see other side for important regulatory messages**   ▼ Detach & return payment slip with your check, payable to Verizon.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Verizon non-basic charges ***   *$ 13.96*
****Non-payment of non-basic service charges WILL NOT result in the disconnection**
**of your local telephone service.**



Billing Date: **08/04/10**  Page 1 of 4
Telephone Number : 909 594-5862  020406
Account Number: 01 2560 1218073306 10
How to Reach Us :  See page 2

594 5862/0810

SHILO HOTEL-POMONA     AUG 2 3 2010

## Account Summary



| | |
|---|---|
| Previous Charges | $ 4,734.57 |
| Payment(s) received. Thank you. | – 2,359.17 |
| Past Due Charges (please pay now) | $ 2,375.40 pd |

**Getting the Best Value?**
Make sure. Today's business environment is a challenge. To be ready for it, call today for a FREE account review. You'll get info on the newest discounts, bundles & products to help your business succeed. Call 1-866-520-5293 today!

**New Charges**

| | |
|---|---|
| Verizon (page 3) | $ 1,216.16 |
| Total New Charges Due  Aug 28, 2010 | ( $ 1,216.16 ) |

To avoid a late payment charge, payment must be received before Sep 4, 2010.

| **Total Due** | $ 3,591.56 |
|---|---|



**Don't Risk Your Service!**
No phone service means no business. With Verizon, you can depend on the network with 99.9% voice reliability. So why risk going anywhere else? Call 1-888-842-8039 to learn more.

Pomona _____  Vendor # 686

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5723 | 1143.10 | | |
| 5868 | 53.06 | | |

8/4/10 – 9/3/10

TOTAL $ 1216.16

Manager Approval: ____2____  Date: 8/9/10
Corporate: _____  Date: _____

**Verizon Foundation**
Looking for homework help? Help with school projects? Thousands of FREE educational resources are available for students, parents, and teachers at Thinkfinity.org

**Mail Payments To:**
Verizon California, PO Box 920041, Dallas, TX 75392-0041

**Change of billing address?**
Go to verizon.com/billingaddress or call us.

**see other side for important regulatory messages**     ▼ Detach & return payment slip with your check, payable to Verizon.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Verizon non-basic charges **     $ 13.96*
****Non-payment of non-basic service charges WILL NOT result in the disconnection of your local telephone service.**

01  2560  9095945862  020406  10  03  CA210*HBRDA1      00011096  020000077903

# EXHIBIT K



**WASTE MANAGEMENT**

# INVOICE

WASTE MANAGEMENT OF
SAN GABRIEL / POMONA VALLEY
PO BOX 7814
BALDWIN PARK CA 91706-7814
(800) 266-7551

NOV 01 2010

| | |
|---|---|
| | Page 1 of 3 |
| Customer: | SHILO MANAGEMENT CORP |
| Account Number: | 012-0027389-2519-3 |
| Invoice Date: | 11/01/2010 |
| Invoice Number: | 7405746-2519-1 |
| Due Date: | Due Upon Receipt |
| WM ezPay Account ID: | 00000-87913-95004 |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 1,194.68 | 2,382.31 |

## Account Summary

Please pay total amount due. Thank you for your business.

| Description | Amount |
|---|---|
| Previous Balance | 2,365.13 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 1,177.50- |
| Total Current Charges | 1,194.68 |
| **Total Amount Due** | **2,382.31** |
| **Total Amount Past Due** | **1,187.63** |

PLEASE RETURN THE REMITTANCE STUB WITH YOUR PAYMENT & WRITE YOUR ACCOUNT # ON YOUR CHECK.

### Service Period: NOV 2010 SERVICE

| Description | Amount |
|---|---|
| Commercial | 1,194.68 |
| **Total Current Charges** | **1,194.68** |

If full payment of the invoiced amount is not received within 30 days of the invoice date, you will be charged a monthly late fee of 1.5% of the unpaid amount, with a minimum monthly charge of $3.00, or such lesser late fee allowed under applicable law, regulation or contract. For each returned check, a fee will be assessed on your next billing equal to the maximum amount permitted by applicable state law.

IT 5430 1194.68
NOV 2010

Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 1,194.68 | 1,187.63 | 0.00 | 0.00 | 0.00 | 2,382.31 |

---

**WASTE MANAGEMENT**

WASTE MANAGEMENT OF
SAN GABRIEL / POMONA VALLEY
PO BOX 7814
BALDWIN PARK CA 91706-7814
(800) 266-7551

Learn how we Think Green at
www.wm.com/thinkgreen

## Payment Coupon

Please detach and send with checks only (no cash).
Please send all other correspondence to your local WM site.

Pay your WM bill online at www.wm.com. To pay by phone, call 866-964-2729.

| Your Account Number |
|---|
| 012-0027389-2519-3 |

| Invoice Date | Your Invoice Number |
|---|---|
| 11/01/2010 | 7405746-2519-1 |

| Due Date | Total Due | Amount Paid |
|---|---|---|
| Upon Receipt | 2,382.31 | |

2519012002738907405746000001194680000238231  1

0040079 01 AV 0.335 **AUTO  T3 3 4302 97225-591900    CP2 I0149C06

SHILO MANAGEMENT CORP
11600 SW SHILO LANE
ATTN EXECUTIVE OFFICE
PORTLAND OR 97225-5919

WASTE MANAGEMENT OF
SAN GABRIEL / POMONA VALLEY
PO BOX 541065
LOS ANGELES CA 90054-1065

*From everyday collection to environmental protection,*
*Think Green. Think Waste Management.*

Printed on
recycled paper.



# INVOICE

1200273892|0910 Page 1 of 3

**WASTE MANAGEMENT**

WASTE MANAGEMENT OF
SAN GABRIEL / POMONA VALLEY
PO BOX 7814
BALDWIN PARK CA 91706-7814
(800) 266-7551

SEP 01 2010

| | |
|---|---|
| Customer: | SHILO MANAGEMENT CORP |
| Account Number: | 012-0027389-2519-3 |
| Invoice Date: | 09/01/2010 |
| Invoice Number: | 7327283-2519-0 |
| Due Date: | Due Upon Receipt |
| WM ezPay Account ID: | 00000-87913-95004 |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 1,177.50 | 2,369.19 |

Please pay total amount due. Thank you for your business.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 3,473.65 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 2,281.96- |
| Total Current Charges | 1,177.50 |
| **Total Amount Due** | **2,369.19** |
| **Total Amount Past Due** | **1,191.69** |

PLEASE RETURN THE REMITTANCE STUB WITH YOUR
PAYMENT & WRITE YOUR ACCOUNT # ON YOUR CHECK.

## Service Period: SEPT 2010 SERVICE

| Description | Amount |
|---|---|
| Commercial | 1,177.50 |
| **Total Current Charges** | **1,177.50** |

The new Bagster® Dumpster in a Bag® can take on up to
3300 lb of waste & debris. As easy as Buy. Fill. Gone®. Buy
at a retailer near you. www.thebagster.com

Want to pay this bill on-line? Go to www.wm.com to learn
more about WMezPay and make a convenient, secure
payment.

| Account # | Amount | Vendor # 1319 Account # 5430 | Amount 1177.50 |
|---|---|---|---|
| Sept 2010 | | | |
| | | TOTAL 1177.50 | |

Manager Approval: _____ Date: _____
Corporate: _____ Date: _____

| Over 120 | Total Due |
|---|---|
| 0.00 | 2,369.19 |

*From everyday collection to environmental protection,
Think Green.* *Think Waste Management.*
FOR CHANGE OF ADDRESS OR ANY SERVICE ISSUES CONTACT NUMBER ON PAGE 1

Printed on
recycled paper.



**.ASTE MANAGEMENT.**

# INVOICE

1200273892/0810
Page 1 of 3

| Customer: | SHILO MANAGEMENT CORP |
|---|---|
| Account Number: | 012-0027389-2519-3 |
| Invoice Date: | 08/01/2010 |
| Invoice Number: | 7296543-2519-4 |
| Due Date: | Due Upon Receipt |
| WM ezPay Account ID: | 00000-87913-95004 |

WASTE MANAGEMENT OF
SAN GABRIEL / POMONA VALLEY
PO BOX 7814
BALDWIN PARK CA 91706-7814
(800) 266-7551

AUG 0 3 2010

| Current Invoice Amount | Total Amount Due |
|---|---|
| 1,191.69 | 3,473.65 |

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 2,281.96 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 0.00 |
| Total Current Charges | 1,191.69 |
| **Total Amount Due** | **3,473.65** |
| **Total Amount Past Due** | **2,281.96** pd |

Failure to pay this balance could necessitate further collection action. Please process your payment in full today.

PLEASE RETURN THE REMITTANCE STUB WITH YOUR PAYMENT & WRITE YOUR ACCOUNT # ON YOUR CHECK.

## Service Period: AUGUST 2010 SERVICE

| Description | Amount |
|---|---|
| Commercial | 1,191.89 |
| **Total Current Charges** | **1,191.69** |

If full payment of the invoiced amount is not received within 30 days of the invoice date, you will be charged a monthly late fee of 1.5% of the unpaid amount, with a minimum monthly charge of $3.00, or such lesser late fee allowed under applicable law, regulation or contract. For each returned check, a fee will be assessed on your next billing equal to the maximum amount permitted by applicable state law.

1319
LT 5430 1175.36
5868 16.33
Aug 2010

The new Bagster® Dumpster in a Bag® can take on up to 3300 lb of waste & debris. As easy as Buy. Fill. Gone®. Buy at a retailer near you. www.thebagster.com

Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 1,191.69 | 1,177.49 | 1,104.47 | 0.00 | 0.00 | 3,473.65 |

*From everyday collection to environmental protection,*
*Think Green.® Think Waste Management.*
FOR CHANGE OF ADDRESS OR ANY SERVICE ISSUES CONTACT NUMBER ON PAGE 1

Printed on
recycled paper.